**PETER C. ANDERSON, United States Trustee**  FOR COURT USE ONLY  18.1
**TERRI HAWKINS-ANDERSEN, Asst. United States Trustee**
**TIMOTHY J. FARRIS, Senior Trial Attorney**
**ELIZABETH A. LOSSING, Trial Attorney**
**OFFICE OF THE UNITED STATES TRUSTEE**
**3685 Main Street, Suite 300**
**Riverside, CA 92501-2804**
**(951) 276-6990**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re: NATIONAL RV INC.         CHAPTER 11 CASE NUMBER

                                RS 07-17937 PC

   **Debtor(s)**

**APPOINTMENT AND NOTICE OF APPOINTMENT OF**
 **[x] COMMITTEE OF UNSECURED CREDITORS**
 **[ ] OTHER:**

**TO THE UNITED STATES BANKRUPTCY COURT AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. § 1102(a), the Office of the United States Trustee hereby takes the following action in this case:**

**1. This Appointment and Notice of Appointment relates to the following Committee in this case:**

   **a. [x] Committee of Creditors Holding Unsecured Claims**

   **b. [ ] Other (specify):**

**2. [x] The persons and/or entities whose names and addresses are set forth in Paragraph 5 are hereby appointed to serve on the Committee set forth in Paragraph 1 above.**

**3. [ ] The following persons and/or entities are hereby added to and will serve on the Committee set forth in Paragraph 1 above (specify names and addresses):**

**4. [ ] The following persons and/or entities are hereby removed from and will no longer serve on the Committee set forth in Paragraph 1 above (specify names and addresses):**

**5. Names, Addresses and Telephone Numbers of Current Committee Members:**

**DON RAY DRIVE-A-WAY, INC.**
**c/o EDWIN J.SIMCOX, ESQ**
**4259 SO. SHELBY ST.**
**INDIANAPOLIS, IN 46227**
**(317) 634-8313**

**RON D. BELK, PRESIDENT**
**KUSTOM FIT MFG.**
**8990 S. ATLANTIC AVE.**
**SOUTH GATE, CA 90280**
**(323) 564-4481 EXT 339**


**GIANT RV**
**PETEE KRAVITZ, VICE PRESIDENT**
**9150 BENSON AVE.**

**MONTCLAIR, CA 91763**
**(909) 981-0444**

**JACOB ROWAN, SALES MGR./DIR.**
**R & I INDUSTRIES INC.**
**1876 TAYLOR PLACE**
**ONTARIO, CA 91761**
**(714) 720-6611**

**GREG WEBER, CREDIT MGR.**
**THE DOMESTIC CORP.**
**509 S. POPLAR ST.**
**LA GRANGE, IN 46761**
**(260) 463-7673**

**STEVE ARDIA, OWNER**
**THE CUTTING EDGE WOOD TECH**
**130 N. GILBERT ST.**
**FULLERTON, CA 92833**
**(714) 329-4845**

**RUSSELL RODEGHERO, PRESIDENT**
**LAMI PLAST INC.**
**22730 HAWTHORNE BLVD. STE 208**
**TORRANCE, CA 90505**
**(310) 729-8311**

**6.   Name and Address of Debtor, Debtor's Attorney and Chapter 11 Trustee (if any):**

**NATIONAL R.V. INC.**
**3411 N. PERRIS BLVD**
**PERRIS, CA 92571**

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
**DAVID GUESS, ESQ.**
**1999 AVENUE OF THE STARS**
**39TH FLOOR**
**LOS ANGELES, CA 90067**

**Dated:December 14, 2007**

                    **Respectfully submitted,**

            **OFFICE OF THE UNITED STATES TRUSTEE**

           **By: /s/ Timothy J. Farris**
              **TIMOTHY J. FARRIS**

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

I am employed in the County of RIVERSIDE, State of California, in the Office of the United States Trustee under the supervision of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is 3685 Main Street, Suite 300, Riverside, California 92501-2804.

On DECEMBER 14, 2007, I served the foregoing document described as APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Riverside, California, addressed as follows:

DON RAY DRIVE-A-WAY, INC.
c/o EDWIN J. SIMCOX, ESQ
4259 SO. SHELBY ST.
INDIANAPOLIS, IN 46227

RON D. BELK, PRESIDENT
KUSTOM FIT MFG.
8990 S. ATLANTIC AVE.
SOUTH GATE, CA 90280

GIANT RV
PETEE KRAVITZ, VICE PRESIDENT
9150 BENSON AVE.
MONTCLAIR, CA 91763

JACOB ROWAN, SALES MGR./DIR.
R & I INDUSTRIES INC.
1876 TAYLOR PLACE
ONTARIO, CA 91761

GREG WEBER, CREDIT MGR.
THE DOMESTIC CORP.
509 S. POPLAR ST.
LA GRANGE, IN 46761

STEVE ARDIA, OWNER
THE CUTTING EDGE WOOD TECH
130 N. GILBERT ST.
FULLERTON, CA 92833

RUSSELL RODEGHERO, PRESIDENT
LAMI PLAST INC.
22730 HAWTHORNE BLVD. STE 208
TORRANCE, CA 90505

NATIONAL R.V. INC.
3411 N. PERRIS BLVD
PERRIS, CA 92571

KLEE, TUCHIN, BOGDANOFF & STERN LLP
DAVID GUESS, ESQ.
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA 90067

I declare under penalty of perjury that the foregoing is true and correct.

Dated: DECEMBER 14, 2007

/s/ Pat Pezoldt
PAT PEZOLDT