**FILED**
**DEC -8 2008**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

*In re:*
**NATIONAL R.V. HOLDINGS, INC.**           Case No. 07-17941
a Delaware corporation, et. al.

**NATIONAL R.V., INC.**                    Case No. 07-17937  *PC*
a California corporation

                                           Chapter 11
_____/

## WITHDRAWAL OF CLAIMS BY
## POLK COUNTY TAX COLLECTOR

**COMES NOW**, Polk County Tax Collector, *pro* se Creditor, by and through the undersigned and files this Withdrawal of the following claims in their entirety:

1. Claim #9 as this claim has been paid in full;

2. Claim #10 as this claim was incorrectly filed;

3. Claim #11 as this claim was incorrectly filed;

4. Claim #12 as this claim has been paid in full; and

5. Claim #13 as this claim has been paid in full.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of December 2008, the undersigned served upon the Counsel for Debtor and the Trustee in this action.

Respectfully submitted,

Bonnie Holly, Paralegal
Delinquency and Enforcement
Office of JOE G. TEDDER, CFC, *pro se Creditor*
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, Florida 33831-2016
863.534.4746, ext. 5718
863.534.4741 – Facsimile
bonnieholly@polktaxes.com

S:Enforcement\Notice to Withdraw Claim.doc