1  LEE R. BOGDANOFF (State Bar No. 119542)
   LAURA L. BUCHANAN (State Bar No. 156261)
2  JONATHAN S. SHENSON (State Bar No. 184250)
   DAVID M. GUESS (State Bar No. 238241)
3  KLEE, TUCHIN, BOGDANOFF & STERN LLP
   1999 Avenue of the Stars, 39th Floor
4  Los Angeles, CA  90067
   Telephone:    (310) 407-4000
5  Facsimile:    (310) 407-9090

6  Bankruptcy Counsel for
   the Debtors and Debtors In Possession through the Effective Date under and as such term is defined
7  in the Plan (as defined below)

8  HAMID R. RAFATJOO (State Bar No. 181564)
   PACHULSKI STANG ZIEHL & JONES LLP
9  10100 Santa Monica Blvd., Suite 1100
   Los Angeles, CA  90067
10 Telephone:    (310) 277-6910
   Facsimile:    (310) 201-0760

11 Counsel for XRoads Consulting Group LLC,

12 Liquidating Trustee under the Plan

13              **UNITED STATES BANKRUPTCY COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15                    **RIVERSIDE DIVISION**

| | |
|---|---|
| 16  In re | Cases No.:  6:07-17941-PC |
| 17  NATIONAL R.V. HOLDINGS, INC., a | Chapter 11 |
| Delaware corporation; NATIONAL R.V., INC., | |
| 18  a California corporation, | Jointly Administered with Cases No.: |
| | 6:07-17937-PC |
| 19            Debtors. | |
| 20 | **NOTICE REGARDING PROSECUTION** |
| | **OF OMNIBUS OBJECTIONS BY** |
| 21 | **LIQUIDATING TRUSTEE** PURSUANT TO |
| | FIRST AMENDED JOINT PLAN OF |
| 22 | NATIONAL R.V. HOLDINGS, INC. AND |
| | NATIONAL R.V., INC., DEBTORS AND |
| 23 | DEBTORS-IN-POSSESSION, UNDER |
| | CHAPTER 11 OF THE BANKRUPTCY |
| 24 | CODE PRESENTED JOINTLY ON BEHALF |
| | OF THE DEBTORS AND OFFICIAL |
| 25 | COMMITTEE OF CREDITORS HOLDING |
| | UNSECURED CLAIMS IN THE NATIONAL |
| 26 | R.V., INC BANKRUPTCY CASE (DATED |
| | NOVEMBER 4, 2008) |

27

28

110914_1

**PLEASE TAKE NOTICE** that on December 16, 2008, the Court entered that certain Order Confirming First Amended Joint Plan of National R.V. Holdings, Inc. and National R.V., Inc., Debtors and Debtors-In-Possession, under Chapter 11 Of The Bankruptcy Code Presented Jointly on behalf of the Debtors and Official Committee of Creditors Holding Unsecured Claims in the National R.V., Inc Bankruptcy Case (Dated November 4, 2008) (the "Confirmation Order" and the "Plan") [Docket No. 490]. The conditions to the Effective Date under and as such term is defined in the Plan, as set forth in Section VI.A of the Plan, have been satisfied and December 22, 2008 is the Effective Date under the Plan.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, XRoads Consulting Group LLC ("XRoads") has been appointed Liquidating Trustee under the Plan. XRoads' mailing address is: XRoads Consulting Group LLC, Attn. Michael Schwarzmann, 1821 East Dyer Rd., Suite 225, Santa Ana, CA 92705. The Liquidating Trustee's counsel is Pachulski Stang Ziehl & Jones LLP, whose mailing address is Pachulski Stang Ziehl & Jones LLP, Attn. Hamid R. Rafatjoo, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, among other things, **the Liquidating Trustee will now prosecute all claim objections including, without limitation, those previously filed by the Debtors**, including the "First Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, Etc." [Docket No. 989]; the "Second Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, Etc." [Docket No. 995]; the "Third Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, Etc." [Docket No. 999]; the "Fourth Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, Etc." [Docket No. 1003]; and the "Fifth Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, Etc." [Docket No. 1011] (collectively, the "Omnibus Objections").[1]

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rules 3007-1 and 9013-1(a)(7) require that any opposition or other response to any of the Omnibus Objections must be in

---

[1] The full titles of the Omnibus Objections -- including the names of claimants and claim numbers that are subject to the Omnibus Objections -- are listed in Exhibit A, which is attached to this Notice.

1    writing; must be accompanied by supporting evidence; must comply with Local Bankruptcy Rule

2    9013-1; and must, no later than December 30, 2008 (14 days before the hearing on January 13,

3    2009), be filed[2] with the Court at the following address:

4        United States Bankruptcy Court
         Attn:  Clerk of the Court
5        3420 Twelfth Street
         Riverside, CA 92501
6

7        and served on the Liquidating Trustee's attorneys at the following address:

8        Pachulski Stang Ziehl & Jones LLP
         Attn. Hamid R. Rafatjoo
9        10100 Santa Monica Blvd., Suite 1100
         Los Angeles, CA  90067
10

11    Letters or telephone inquiries do not satisfy the requirement for a timely written objection or

12    response.

13        **PLEASE TAKE FURTHER NOTICE** that any and all questions concerning this

14    notice and/or the Omnibus Objections should be directed to the Liquidating Trustee and his

15    counsel, and not Klee, Tuchin, Bogdanoff & Stern LLP.

16    DATED:  December 22, 2008

17                                                    */s/ Laura L. Buchanan*
                                                     Laura L. Buchanan, an Attorney with
18                                                   KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                                     Bankruptcy Counsel for
19                                                   Debtors

20

21    DATED:  December 22, 2008

                                                     */s/ Hamid R. Rafatjoo*
22                                                   Hamid R. Rafatjoo, Esq., an Attorney with
                                                     PACHULSKI STANG ZIEHL & JONES LLP
23                                                   Counsel for XRoads Solutions Group LLC, Liquidating
                                                     Trustee
24

25

26

27

28

---

[2]    Any opposition or other response to the relief sought in the Omnibus Objection may be filed electronically.

1

**Exhibit A**

2

The Omnibus Objections (defined in the foregoing Notice) are:

3

4

5

6

7

8

9

10

11

"First Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, where the Claimants and Their Claim Numbers are: Steven L. Aldrich, 941211; Alpine Recreation, 941419; Alpine Recreation, 941427; Alpine Recreation, 941437; Charles L. Bailey, 941128; Charles L. Bailey, 937081; F. Jere And Susan J. Bates, 941031; Robert Bos, 937370; Robert Bos, 937367; Robert Bos, 937369; Robert Bos, 941510; Bos, Robert F., 937216; Guillermo Caal, 941565; Claudia Castellanos, 941484; Pamela Ruth Coleman, 941049; Computer Integrated Machining Inc, 941032; Consolidated Tank Company, Inc., 941103; First Industrial Realty, 937383; First Industrial Realty, 941585; First Industrial Realty, 941584; Freedom R.V., 941074; Cirilo Hernandez, 941580; Efrain Hernandez, 941566; Lewis Howard, 941027; Bob D. James, 937253; Bob D. James, 941422; Bob D. James, 941423; Joe G. Tedder, CFC-Tax Collector For, 941011; Joe G. Tedder, CFC-Tax Collector For, 941012; Ernest R And Leona A Kerbs, 941021; Alfredo R Martinez, 941391; Pedley Propane, 941205; Progressive Express Ins Co., 941591; Felicitas Rodriguez, 937200; Jose G. Rodriguez, 937198; Julio M Sotelo, 941543; Tennessee RV Sales & Service, LLC, 941469; Tennessee RV Sales & Services, LLC, 941470; Timberridge Assembly Of God, 941424; Jerry R. And Daletta M Toft, 941019; Roberto Vasquez, 941440; Venture Out RV Centers, Inc., 937387; Venture Out RV Centers, Inc., 941161; Venture Out RV Centers, Inc., 941588; Vero Beach Chrysler, 941325; Wiedmeyer, Steven S., 941226."

12

13

14

15

16

17

18

19

20

"Second Omnibus Objection Of The Debtors Seeking Disallowance Of Claims That Are Duplicates, Where Claimants And Their Claim Numbers Are: David And Edda Barr, 941149; Hubert & Melanie Beaver, 941237; Campanella,Brent, 941583; Campanella,Brent, 941583; City Of Lakeland, Florida, 941127; Cody, William, 937125; Cody, William, 941167; Codysales Inc., 941134; Cohen, Richard, 941224; Bonita Cross, 941230; Don Ray Drive-A-Way Co. Of Elkhart, Inc., 941005; Don Ray Drive-A-Way Co. Of Pennsylvania. Inc., 941007; Don Ray Drive-A-Way Co., Inc., 941006; Franco Enterprises, Inc., 941106; Freedom Rv, Inc, 941130; Gates, O'doherty, Gonter & Guy, LLP, 941035; Grisham, Mike & Liz, 941383; Imperial Steel & Tube Co., Inc., 941119; Thomas N. Jennings, 941123; Joe G. Tedder,  CFC-Tax Collector For, 941010; Joe G. Tedder,  CFC-Tax Collector For, 941013; Joe G. Tedder,  CFC-Tax Collector For, 941009; Andrea Kemp, 941137; Wanda & Jim Lalonde, 941105; Mde Inc., 941107; Milberg Factors, Inc., 941165; Moses, Thomas R., 941428; Robert W. Myers, 941041; David K. Patterson, 941158; Pennsylvania Department Of Revenue, 937181; R.I. Division Of Taxation, 941227; Riverside Claims LLC / Assignee For Americover, 941556; Riverside County Treasurer-Tax Collector, 937122; Kenneth & Sharon Robinson And, 941380; Shannon, Rodney, 941222; Shuff, Martha And Charles, 937319; State Of Florida - Department Of Revenue, 941213; Trimark Service & Replacement, 937076; Maria C. Sabalza Villa, 941062; Wainwright, Joseph, 941466; George F. Whipple, 941509."

21

22

23

24

25

26

27

28

"Third Omnibus Objection Of The Debtors Seeking Disallowance Of Claims That Are Duplicates, Where Claimants And Their Claim Numbers Are: Active Sales Co., Inc., 941044; Blachford Inc, 941141; Bolton Conductive Systems, LLC, 941483; Carolina Coach & Camper LLC, 941095; The Cit Group/Commercial Services Inc., 941115; Composites One LLC, 937357; The Cutting Edge, 937236; The Cutting Edge, 937210; The Cutting Edge, 937209; Dan Gamel, Inc., 941037; Dave Carter & Associates, 941174; The Dometic Corporation, 941464; Don Ray Drive-A-Way Co. Of California, Inc., 937005; Don Ray Drive-A-Way Co. Of California, Inc., 941004; Faulkner, Garmhausen, Keister & Shenk, 941043; Faulkner, Garmhausen, Keister & Shenk, 941162; Fritts Ford, 941320; Gmac Commercial Finance LLC, 941125; Hemi Components, LLC, 941047; Horizon Training & Dev, 941582; Jack Jones Trucking, Inc, 941204; Jack Jones Trucking, Inc., 941094; Klure & Harris Dba KH Metals & Supply, 941015; Knusaga Corporation, 941114; Lasalle Bristol, LP, 941589; Leisure Days, 941235; Lipson, Neilson, Cole, Seltzer & Garin, P.C., 941055; Premier Laminating Services, Inc., 941022; Putnam Hitch Products, Inc., 941071; R.B. Gustafson Co., Inc., 937041; Riverside Claims LLC / Assignee For American Technology, 941560; Riverside Claims LLC / Assignee For Itc Inc, 941561; Riverside Claims LLC / Assignee For Richeliu, 941291; Riverside Claims LLC / Assignee For American Bolt And Screw, 941558; Riverside Claims LLC /

Assignee For Cheng Usa, 941559; Riverside Claims LLC / Assignee For Crown Lift Trucks, 941557; Riverside Claims LLC / Assignee For Rotaloc, 941567; Riverside Claims LLC / Assignee For Maxzone Auto Corp, 941555; Riverside Claims LLC / Assignee For Nick's Cabinet Doors, 941553; Rosenthal & Rosenthal Inc., 941117; Se-Gi Products, Inc., 937045; Shaw Industries, Inc, 941003; Sierra Aluminum Company, Inc., 941020; Smitty's Auto Paints Of Hemet, Inc., 941387; Tdi Products, 941090; Top Line Mfg., Inc., 941108; Trimark Corporation, 941030; United Parcel Service, 941132; United Saw & Associates, Inc., 941116."

"Fourth Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, where the Claimants and Their Claim Numbers  are: American International (See Notes), 941406; Associated Reproduction Services, 941355; Ayers, Jeffery P., 941447; BB&T Commercial Finance, 941014; Richard H. Benes, 941001; Richard H. Benes Esq., 941157; BJ Thompson Associates, Inc., 941135; Capital Business Credit, Llc., 941118; Comfortaire Corp., 941063; Dec-O-Art, Inc, 941037; Digicut Sales LLC, 937051; Digicut Sales LLC, 941258; Engineered Solutions LLP, 941365; Estes Express Lines, 941534; Michael B. Flood, 941018; Michael Flood & Michelle Chess, 941347; Freightliner Custom Chassis Corporation, 941536; Freightliner Custom Chassis Corporation, 941537; Giant Inland Empire RV, 941457; HCI Environmental & Engineering Service, 941472; Hertz Corporation, 941223; Integraf, 941307; Gilbert L. Maga, 941101; Margaret Miya Designs, 941138; Mountain View Range, LLC, 941344; Ms Industrial/Baghouse, 941039; Leonard (Art) Nelson, 941053; P.T.L. Engineering, Inc., 941145; Pavlick, Andy, 941166; Peltier,James, 941482; Pontrelli Jr., John, 941432; Postle Aluminum, 941586; Reliable Office Solutions, 941221; Roadway Express, Inc., 937273; Shamrock Supply Company, Inc., 941142; Shower Enclosures America, 937206; Sims Welding Supply Co Inc, 937071; Sims Welding Supply Co Inc, 941120; Dorsie D. And Diane H. Smith, 941113; TL Enterprises, Inc., 941332; United States Fire Insurance Company, 941028; Royal H. Whitfield, 941336; Woodruff, Wilford, 941367; Woodgrain Millwork, 941274."

"Fifth Omnibus Objection of the Debtors Seeking Disallowance of Claims that are Duplicates, where the Claimants and Their Claim Numbers are: Affinity Group Inc., 941323; Alix Adams Model & Talent Agency, 941193; Amalgamated Textiles Usa Inc., 941096; American Industrial Chemicals Inc, 937142; Arc Fastener Supply, 941122; Beecroft, Kenny, 941309; Christopher J. Bernath &, 941462; Cody, William, 941256; Cummins Power Generation Inc. / Onan Indiana, 941111; D&W, Inc., 941283; Milton J. Davis, 941275; Design / Craft, 937143; Dion, Jean Albert, 941225; Raymond Ferguson / Judith A. Ferguson, 941168; Dave C Fletcher, 941381; Freudenberg Building System, Inc., 941143; Puneet Kumar Ghiraiya, 941395; Jeremias Hernandez, 941400; Analisia Lopez, Hugo Garcia, Victor Garcia, 941185; Analisia Lopez, Hugo Garcia, Victor Garcia, 941186; Enrique Holguin (Vicente Holguin-Deceased), 941187; Raymond Reyes - Guardian Adlitem Analisia Lopez, 941532; Raymond Reyes/Guardian Adlitem Analisia Lopez, 941533; Jefferson Special Police Inc., 941200; Kaper II. Inc., 941251; Gabriel Luzanilla, 941522; Gabriel Luzanilla /, 941477; Juan Ramon Madrigal /, 941475; Floyd Dean May, 941379; Gary Mc Dearmont, 941444; John Irvin Millis, 941345; Mohawk Finishing Products, 941254; Ms Industrial/Baghouse, 937104; Alejandrina Negrete /, 941476; Roger Overbeck, 941029; David K. Patterson, 941098; Pedley Gas, 941206; Pedley Propane, 941198; Pedley Propane, 941110; Tod Rehner, 941431; Mr. Edwin L. Rogers, 941568; Dorsie D. And Diane H. Smith, 941273; Maria Tardy, 941408; Timothy Turner, 941109; Viracon/Curvlite Inc., 941104; Royal H. And Peggy L. Whitfield, 941262; Donald E. Wilson, 941112."

1

## PROOF OF SERVICE

2

     I declare that I am over eighteen years of age and that I am not a party to this action.  My

3

business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067-

4

6049.

5

     On December 22, 2008, I served a true and correct copy of the following document(s) on the

6

parties indicated on the attached list by using the method indicated below:

7

8

     **NOTICE REGARDING PROSECUTION OF OMNIBUS OBJECTIONS BY**
**LIQUIDATING TRUSTEE PURSUANT TO FIRST AMENDED JOINT PLAN**

9

**OF NATIONAL R.V. HOLDINGS, INC. AND NATIONAL R.V., INC.,**
**DEBTORS AND DEBTORS-IN-POSSESSION, UNDER CHAPTER 11 OF**

10

**THE BANKRUPTCY CODE PRESENTED JOINTLY ON BEHALF OF THE**
**DEBTORS AND OFFICIAL COMMITTEE OF CREDITORS HOLDING**

11

**UNSECURED CLAIMS IN THE NATIONAL R.V, INC BANKRUPTCY CASE**
**(DATED NOVEMBER 4, 2008)**

12

13

☒    **By First-Class Mail**:  I am readily familiar with the business practice of collection

14

     and processing of correspondence for mailing with the United States Postal Service.  I
know that the document(s) listed above was deposited with the United States Postal

15

     Service on the same day this declaration was executed in the ordinary course of
business.  I know that the above-referenced document(s) were placed into the

16

     envelopes, the envelopes were sealed and addressed as set forth on the attached list
and, with postage thereon fully prepaid, the envelopes were placed for collection and

17

     mailing on this date, following ordinary business practices, in the United States mail
at Los Angeles, California.

18

     I declare that I am employed in the office of a member of the bar of this Court at whose

19

direction the service was made and that this declaration was executed at Los Angeles, California on

20

December 22, 2008.

21

     I declare under penalty of perjury that the foregoing is true and correct.

22

23

                        */s/ Rosalind A. Williams*

24

                        Rosalind A. Williams

25

26

27

28

## SERVICE LIST

| | |
|---|---|
| CLAIM NO. 941211<br>STEVEN L. ALDRICH<br>8073 S. CORONA WAY<br>CENTENNIAL, CO 80122 | CLAIM NO. 941049<br>PAMELA RUTH COLEMAN<br>6923 MAIN AVE<br>ORANGEVALE, CA 95662 |
| CLAIM NOS. 941419, 941427, 941437<br>ALPINE RECREATION<br>ATTN: PATRICIA KENNEDY<br>P.O. BOX 70<br>MORGAN HILLS, CA 95038 | CLAIM NO. 941032<br>COMPUTER INTEGRATED MACHINING INC<br>10960 WHEATLANDS AVE #103<br>SANTEE, CA 92071 |
| CLAIM NO. 941437<br>ALPINE RECREATION<br>ATTN: PATRICIA KENNEDY, MIKE JACQUE<br>19380 MONTEREY ROAD<br>MORGAN HILL, CA 95037-2605 | CLAIM NO. 941103<br>CONSOLIDATED TANK COMPANY, INC.<br>ATTN: COLLEEN FREEMAN<br>878 S. ROSE PLACE<br>ANAHEIM, CA 92805 |
| CLAIM NOS. 941128 AND 937081<br>CHARLES L. BAILEY<br>16390 WHITEBLOSSOM CR.<br>RIVERSIDE, CA 92503 | CLAIM NOS. 937383, 941584, 941585<br>FIRST INDUSTRIAL REALTY<br>ATTN: WILLIAM J. BARRETT<br>C/O RICHARD T. EGGER<br>BARACK FERRAZZANO KIRSCHBAUM &<br>NAGELBERG LLP |
| CLAIM NO. 941031<br>F. JERE AND SUSAN J. BATES<br>888 GRAPEVINE LANE<br>PRESCOTT, AZ 86305 | 200 W. MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| CLAIM NO. 937370<br>ROBERT BOS<br>1267 PAMPAS DR.<br>SAN JOSE, CA 95120-5303 | CLAIM NO. 941074<br>FREEDOM R.V.<br>ATTN: BARRY DANZIG<br>C/O FIRST CHOICE AUTO SALES<br>7103 E. SPRAGUE AVE.<br>SPOKANE, WA 99212 |
| CLAIM NO. 937367<br>ROBERT BOS<br>1267 PAMPAS DR<br>SAN JOSE, CA 95120-5303 | CLAIM NO. 941580<br>CIRILO HERNANDEZ<br>15040 HEACOCK ST #70<br>MORENO VALLEY, CA 92551 |
| CLAIM NO. 937369<br>ROBERT BOS<br>1267 PAMPAS DR.<br>SAN JOSE, CA 95120-5303 | CLAIM NO. 941566<br>EFRAIN HERNANDEZ<br>13931 ELSWORTH ST APT #6<br>MORENO VALLEY, CA 92553 |
| CLAIM NO. 941510<br>ROBERT BOS<br>1267 PAMPAS DR.<br>SAN JOSE, CA 95120-5303 | CLAIM NO. 941027<br>LEWIS HOWARD<br>9057 RESERVE DRIVE<br>CORONA, CA 92883-9214 |
| CLAIM NO. 937216<br>BOS, ROBERT F.<br>1267 PAMPAS DRIVE<br>SAN JOSE, CA 95120 | CLAIM NOS. 937253, 941422, 941423<br>BOB D. JAMES<br>BEST & SHARP<br>100 W. 5TH ST., SUITE 808<br>TULSA, OK 74103-4225 |
| CLAIM NO. 941565<br>GUILLERMO CAAL<br>11824 HONEY HOLLOW<br>MORENO VALLEY, CA 92557 | CLAIM NO. 941011<br>JOE G. TEDDER, CFC-TAX COLLECTOR<br>POLK COUNTY, FLORIDA<br>ATTN: SARI E. MEADOR, PARALEGAL<br>DELINQUENCY AND ENFORCEMENT |
| CLAIM NO. 941484<br>CLAUDIA CASTELLANOS<br>742 CRYSTAL CREEK RD<br>PERRIS, CA 92571 | POST OFFICE BOX 2016<br>BARTOW, FL 33831 |

| | |
|---|---|
| CLAIM NO. 941012 | CLAIM NO. 941019 |
| JOE G. TEDDER, CFC-TAX COLLECTOR | JERRY R. AND DALETTA M. TOFT |
| POLK COUNTY, FLORIDA | 1425 DEER CREEK DR |
| ATTN:  SARI E. MEADOR, PARALEGAL | CEDAREDGE, CO  81413 |
| DELINQUENCY AND ENFORCEMENT | |
| POST OFFICE BOX 2016 | CLAIM NO. 941440 |
| BARTOW, FL  33831 | ROBERTO VASQUEZ |
| | 11847  3RD ST. |
| CLAIM NO. 941021 | YUCAIPA, CA  92399 |
| ERNEST R AND LEONA A KERBS | |
| 411 N 6TH STREET BOX 469 | CLAIM NO. 937387 |
| EMERY, SD  57332 | VENTURE OUT RV CENTERS, INC. |
| | C/O DAVID B. POTTER, ESQ. |
| CLAIM NO. 941391 | ARRACHE, CLARK & POTTER |
| ALFREDO R. MARTINEZ | 4800 EASTON DRIVE, SUITE 114 |
| 873 SHANA COURT | BAKERSFIELD, CA  93309 |
| PERRIS, CA  92570 | |
| | CLAIM NO. 941161 |
| CLAIM NO. 941205 | VENTURE OUT RV CENTERS, INC. |
| PEDLEY PROPANE | C/O DAVID B. POTTER, ESQ. |
| ATTN: SUSAN W. TARNER | ARRACHE, CLARK & POTTER |
| 17846 VAN BUREN BLVD. | 4800 EASTON DRIVE, SUITE 114 |
| RIVERSIDE, CA  92508 | BAKERSFIELD, CA  93309 |
| | |
| CLAIM NO. 941591 | CLAIM NO. 941588 |
| PROGRESSIVE EXPRESS INS. CO. | VENTURE OUT RV CENTERS, INC. |
| A/S/O HARRY E. OLCOTT | C/O DAVID B. POTTER, ESQ. |
| C/O MARY M. CANTWELL, ESQ. | ARRACHE, CLARK & POTTER |
| 8181 W. BROWARD BLVD, SUITE 300 | 4800 EASTON DRIVE, SUITE 114 |
| PLANTATION, FL  33324 | BAKERSFIELD, CA  93309 |
| | |
| CLAIM NO. 937200 | CLAIM NO. 941325 |
| FELICITAS RODRIGUEZ | VERO BEACH CHRYSLER |
| 24451 ELECTRA COURT | ATTN:  JOSEPH G. CAMPANA |
| MORENO VALLEY, CA  92553 | 855 SOUTH U.S. HWY #1 |
| | VERO BEACH, FL 32962 |
| CLAIM NO. 937198 | |
| JOSE G. RODRIGUEZ | CLAIM NO. 941226 |
| 24451 ELECTRA COURT | WIEDMEYER, STEVEN S. |
| MORENO VALLEY, CA  92551 | 5738 HILLCREST LANE |
| | WEST BEND, WI 53090 |
| CLAIM NO. 941543 | |
| JULIO M. SOTELO | ARGO PARTNERS |
| 16528 SEATTLE SLEW DR. | RE: KEG GRAPHICS, INC. |
| MORENO VALLEY, CA  92551 | 12 WEST 37TH STREET, 9TH FLOOR |
| | NEW YORK, NY  10018 |
| CLAIM NO. 941469 | |
| TENNESSEE RV SALES & SERVICE, LLC | BLUE HERON OPPORTUNITIES FUND LLP |
| C/O GREGORY C. LOGUE, ESQ | RE: JEFFERSON SPECIAL POLICE INC |
| 900 S. GAY STREET, SUITE 900 | 5315 NORTH KINGS HIGHWAY |
| KNOXVILLE, TN  37902 | MYRTLE BEACH, SC 29577 |
| | |
| CLAIM NO. 941470 | CLAIM NO. 941149 |
| TENNESSEE RV SALES & SERVICE, LLC | DAVID AND EDDA BARR |
| C/O GREGORY C. LOGUE, ESQ. | 409 ORCHID DR. |
| 900 S. GAY STREET, SUITE 900 | PLACENTIA, CA 92870-4950 |
| KNOXVILLE, TN  37902 | |
| | CLAIM NO. 941237 |
| CLAIM NO. 941424 | HUBERT & MELANIE BEAVER |
| TimberRidge ASSEMBLY OF GOD | 1231 ONYX LN |
| C/O BOB JAMES, ES. | BULLHEAD CITY, AZ 86442 |
| BEST & SHARP | |
| 100 W. 5TH ST., SUITE 808 | |
| TULSA, OK  74103-4225 | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAIM NO. 941583
CAMPANELLA, BRENT
985 RODNEY
BATON ROUGE, LA  70808

CLAIM NO. 941127
CITY OF LAKELAND, FLORIDA
C/O PALMER C. DAVIS
CITY HALL
228 SOUTH MASSACHUSETTS AVENUE
LAKELAND, FL  33801-5086

CLAIM NO. 937125
CODY, WILLIAM
217 WEST 2ND ST.
DAVISON, MI  48423

CLAIM NO. 941167
CODY, WILLIAM
217 WEST 2ND ST.
DAVISON, MI  48423

CLAIM NO. 941134
CODYSALES INC.
ATTN: J. CODY PASTOOR
40575 CAL OAKS RD D-2, #288
MURRIETA, CA 92562

CLAIM NO. 941224
COHEN, RICHARD
10939 SCKIPPS RANCH BLVD
SAN DIEGO, CA  92131

CLAIM NO. 941230
BONITA CROSS
909-71 RICHLAND RD. #71
SAN MARCOS, CA  92069

CLAIM NO. 941005
DON RAY DRIVE-A-WAY CO. OF ELKHART, INC.
EDWIN J. SIMCOX, ESQ.
4259 SOUTH SHELBY STREET
INDIANAPOLIS, IN  46227

CLAIM NO. 941007
DON RAY DRIVE-A-WAY CO. OF PENNSYLVANIA,
INC.
EDWIN J. SIMCOX, ESQ.
4259 SOUTH SHELBY STREET
INDIANAPOLIS, IN 46227

CLAIM NO. 941006
DON RAY DRIVE-A-WAY CO., INC.
4259 SOUTH SHELBY STREET
INDIANAPOLIS, IN  46227

CLAIM NO. 941106
FRANCO ENTERPRISES, INC.
ATTN: CHRISTINE ALFONSO
P.O. BOX 397
FONTANA, CA 92334-0397

CLAIM NO. 941130
FREEDOM RV, INC.
C/O FIRST CHOICE AUTO
7103 E. SPRAGUE
SPOKANE, WA  99212

CLAIM NO. 941035
GATES, O'DOHERTY, GONTER & GUY LLP
ATTN: DOUGLAS GUY
15373 INNOVATION DRIVE, SUITE 170
SAN DIEGO, CA  92128-3429

CLAIM NO. 941383
GRISHAM, MIKE & LIZ
C/O RYAN T. McFARLAND
HAWLEY, TROXELL, ENNIS & HAWLEY, LLP
P.O. BOX 1617
BOISE, ID 83701

CLAIM NO. 941119
IMPERIAL STEEL & TUBE CO., INC.
ATTN RICHARD C. STAMPER
1221 SOUTH G STREET
PERRIS, CA  92570

CLAIM NO. 941123
THOMAS N. JENNINGS
3815 SO. BIRCH DR.
SALT LAKE CITY, UT  84109

CLAIM NO. 941010
JOE G. TEDDER, CFC-TAX COLLECTOR
POLK COUNTY, FLORIDA
ATTN: SARI E. MEADOR, PARALEGAL
DELINQUENCY AND ENFORCEMENT
POST OFFICE BOX 2016
BARTOW, FL 33831

CLAIM NO. 941013
JOE G. TEDDER, CFC-TAX COLLECTOR
POLK COUNTY, FLORIDA
ATTN: SARI E. MEADOR, PARALEGAL
DELINQUENCY AND ENFORCEMENT
POST OFFICE BOX 2016
BARTOW, FL  33831

CLAIM NO. 941009
JOE G. TEDDER, CFC-TAX COLLECTOR
POLK COUNTY, FLORIDA
ATTN: SARI E. MEADOR, PARALEGAL
DELINQUENCY AND ENFORCEMENT
POST OFFICE BOX 2016
BARTOW, FL  33831

CLAIM NO. 941137
ANDREA KEMP
C/O WILLAM F. McDONALD
THE McDONALD LEGAL GROUP
5752 OBERLIN DRIVE, SUITE 106
SAN DIEGO, CA  92121

CLAIM NO. 941105
WANDA & JIM LALONDE
814 BARBARA LANE
MARINETTE, WI  54143

CLAIM NO. 941107
MDE INC.
ATTN: KEITH CLINE
700 S. INDUSTRIAL WAY
SEATTLE, WA  98108-5231

CLAIM NO. 941165
MILBERG FACTORS, INC.
ATTN: BARRY MACHOWSKY
99 PARK AVENUE
NEW YORK, NY  10016

CLAIM NO. 941428
MOSES, THOMAS R.
3109 WAGON TRAIL RD.
PEARLAND, TX  77584

CLAIM NO. 941041
ROBERT W. MYERS
13639 BRAESWOOD TERRACE
EL CAJON, CA  92021

CLAIM NO. 941158
DAVID K. PATTERSON
42844 ADALIN WAY
PALM DESERT, CA 92211

CLAIM NO. 937181
PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: JAMES M. FOSTER
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA  17128-0946

CLAIM NO. 941227
R.I. DIVISION OF TAXATION
ATTN: DAVID M. SULLIVAN
ONE CAPITAL HILL
PROVIDENCE, RI  02908

CLAIM NO. 941556
RIVERSIDE CLAIMS LLC
AS ASSIGNEE AMERICOVER
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY  10023

CLAIM NO. 937122
RIVERSIDE COUNTY TREASURER-TAX COLLECTOR,
ATTN: SANDY FINLEY
PAUL McDONNELL TREASURER TAX COLLECTOR
P.O. BOX 12005
RIVERSIDE, CA  92502-2205

CLAIM NO. 941380
KENNETH & SHARON ROBINSON AND
AUTO-OWNERS INS CO. SUBROGEE OF KENNETH &
SHARON ROBINSON
C/O ROBERT J. CHASNIS (P36578)
CHASNIS, DOGGER & GRIERSON, P.C.
P.O. BOX 6220
SAGINAW, MI  49608

CLAIM NO. 941222
SHANNON, RODNEY
208 N. 9TH STREET
FAIRBURY, IL  61739

CLAIM NO. 937319
SHUFF, MARTHA AND CHARLES
C/O DENNIS P. MULVIHILL, ESQ.
LOWE EKLUND WAKEFIELD & MULVILHILL CO.,
L.P.A.
1660 WEST 2ND STREET, SUITE 610
CLEVELAND, OH  44113-1454

CLAIM NO. 941213
STATE OF FLORIDA – DEPARTMENT OF REVENUE
ATTN: MICHELLE KENNEDY
BANKRUPTCY SECTION
POST OFFICE BOX 6668
TALLAHASSEE, FL  32314-6668

CLAIM NO. 937076
TRIMARK SERVICE & REPLACEMENT
ATTN: JANE GROBER
510 BAILEY AVENUE
P.O. BOX 350
NEW HAMPTON, IA  50659

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLAIM NO. 941062
MARIA C. SABALZA VILLA
3100 SANTO TOMAS AVE.
PERRIS, CA  92571

CLAIM NO. 941466
WAINWRIGHT, JOSEPH
C/O FRED SCHUTTE IV
10061 COUNTY ROD 49
LIVE OAK, FL  32060

CLAIM NO. 941509
GEORGE F. WHIPPLE
1439 N. EASTBURY AVE.
COVINA, CA 91722

CLAIM NO. 941044
ACTIVE SALES CO., INC.
ATTN:  KIM HOWARD
P.O. BOX 3908
SANTA FE SPRINGS, CA 90670

CLAIM NO. 941141
BLACHFORD INC
ATTN: BETSY BROWN
1400 NUCLEAR DR
WEST CHICAGO, IL 60185

CLAIM NO. 941483
BOLTON CONDUCTIVE SYSTEMS, LLC
ATTN:  DAN LAVIOLETTE
1164 LADD ROAD
WALLED LAKE, MI  48390

CLAIM NO. 941095
CAROLINA COACH & CAMPER LLC
ATTN:  MELINDA SMITH – JOHN CATHEY
3300 CENTENNIAL BLVD
CLAREMONT, NC  28610

CLAIM NO. 941115
THE CIT GROUP/COMMERCIAL SERVICES INC.
ATTN:  CHRISTINE DERY
11 WEST 42ND STREET
NEW YORK, NY  10036

CLAIM NO. 937357
COMPOSITES ONE LLC
ATTN:  DAVID SCHARF
P.O. BOX 3448
SANTA FE SPRINGS, CA  90670

CLAIM NO. 941357
FREIGHTLINER CUSTOM CHASSIS CORPORATION
C/O RANDALL P. MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY & WOOG
535 ANTON BOULEVARD, 10TH FLOOR
COSTA MESA, CA  92626

CLAIM NO. 937236
THE CUTTING EDGE
ATTN:  STEVE ARDIS – ROSE
130 N. GILBERT ST.
FULLERTON, CA  92833

CLAIM NO. 937210
THE CUTTING EDGE
ATTN:  STEVE ARDIS – ROSE
130 N. GILBERT ST.
FULLERTON, CA  92833

CLAIM NO. 937209
THE CUTTING EDGE
ATTN:  STEVE ARDIS – ROSE
130 N. GILBERT ST.
FULLERTON, C  92833

CLAIM NO. 941037
DAN GAMEL, INC.
4080 W. SHAW
FRESNO, CA  93722

CLAIM NO. 941174
DAVE CARTER & ASSOCIATES
ATTN:  JOHN CURRAN
3530 SW 7TH STREET
OCALA, FL  34474

CLAIM NO. 941174
DAVE CARTER & ASSOCIATES
DRAWER 429 P.O. BOX 11407
BIRMINGHAM, AL  35246

CLAIM NO. 941174
ARGO PARTNERS
RE: DAVE CARTER & ASSOCIATES
12 WEST 37TH STREET, 9TH FLOOR
NEW YORK, NY  10018

CLAIM NO. 941174
ARGO PARTNERS
RE: DAVE CARTER & ASSOCIATES
12 WEST 37TH STREET, 9TH FLOOR
NEW YORK, NY 10018

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAIM NO. 941464
THE DOMETIC CORPORATION
ATTN:  GREG WEBER
P.O. BOX 490
ELKHART, IN  46515

CLAIM NO. 937005
DON RAY DRIVE-A-WAY CO. OF CALIFORNIA, INC.
C/O EDWIN J. SIMCOX, ESQ.
4259 SOUTH SHELBY STREET
INDIANAPOLIS, IN 46227

CLAIM NO. 941004
DON RAY DRIVE-A-WAY CO. OF CALIFORNIA, INC.
EDWIN J. SIMCOX, ESQ.
4259 SOUTH SHELBY STREET
INDIANAPOLIS, IN  46227

CLAIM NO. 941043
FAULKNER, GARMHAUSEN, KEISTER & SHENK
C/O MICHAEL A. STAUDT
100 SOUTH MAIN AVENUE, SUITE 300
SIDNEY, OH  45365

CLAIM NO. 941043
ARGO PARTNERS
RE: FAULKNER, GARMHAUSEN, KEISTER & SHENK
12 WEST 37TH STREET, 9TH FLOOR
NEW YORK, NY 10018

CLAIM NO. 941162
FAULKNER, GARMHAUSEN, KEISTER & SHENK
C/O MICHAEL A. STAUDT
100 SOUTH MAIN AVENUE, SUITE 300
SIDNEY, OH  45365

CLAIM NO. 941162
ARGO PARTNERS
RE FAULKNER, GARMHAUSEN, KEISTER & SHENK
12 WEST 37TH STREET, 9TH FLOOR
NEW YORK, NY  10018

CLAIM NO. 941320
FRITTS FORD
ATTN:  JOHN A. BOYD
THOMPSON & COLEGATE LLP
3610  14TH ST.
RIVERSIDE, CA  92501

CLAIM NO. 941125
GMAC COMMERCIAL FINANCE LLC
ATTN:  GRAIG GALLETTO
1290 AVENUE OF THE AMERICAS, 3RD FL.
NEW YORK, NY  10104

CLAIM NO. 941047
HEMI COMPONENTS, LLC
202 ATLANTIC AVENUE
NEW HYDE PARK, NY  11040

CLAIM NO. 941047
LIQUIDITY SOLUTIONS INC
ATTN: MICHAEL HANDLER
RE: HEMI COMPONENTS, LLC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

CLAIM NO. 941582
HORIZON TRAINING & DEVELOPMENT
ATTN:  DAVID ALLOWAY
HORIZON TRAINING & DEV
545 W. WHITING AVENUE
FULLERTON, CA  92832

CLAIM NO. 941204
JACK JONES TRUCKING, INC.
ATTN:  ERIN L. CRAIG
1090 E. BELMONT STREET
ONTARIO, CA  91761

CLAIM NO. 941204
BLUE HERON MICRO OPPORTUNITIES FUND, LLP
RE: JACK JONES TRUCKING, INC.
ATTN: CLAIMS PROCESSING DEPT.
5315 NORTH KINGS HIGHWAY
MYRTLE BEACH, SC 29577

CLAIM NO. 941094
JACK JONES TRUCKING, INC.
ATTN:  ERIN L. CRAIG
1090 E. BELMONT STREET
ONTARIO, CA  91761

CLAIM NO. 941094
BLUE HERON MICRO OPPORTUNITIES FUND, LLP
RE: JACK JONES TRUCKING, INC.
ATTN: CLAIMS PROCESSING DEPT.
5315 NORTH KINGS HIGHWAY
MYRTLE BEACH, SC 29577

CLAIM NO. 941015
KLURE & HARRIS DBA KH METALS & SUPPLY
ATTN:  SUSAN ROTHERMUND
KH METALS & SUPPLY
2727 MAIN STREET
RIVERSIDE, CA  92501

| | |
|---|---|
| 1 | CLAIM NO. 941114<br>KNUSAGA CORPORATION<br>ATTN: JAMES G. MUSSER<br>3578 S. VAN DYKE<br>P.O. BOX 486<br>ALMONT, MI 48003 | CLAIM NO. 941560<br>RIVERSIDE CLAIMS LLC<br>AS ASSIGNEE AMERICAN TECHNOLOGY<br>ATTN: NEIL HERSKOWITZ<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 |

CLAIM NO. 941114
KNUSAGA CORPORATION
ATTN: JAMES G. MUSSER
3578 S. VAN DYKE
P.O. BOX 486
ALMONT, MI 48003

CLAIM NO. 941560
RIVERSIDE CLAIMS LLC
AS ASSIGNEE AMERICAN TECHNOLOGY
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

CLAIM NO. 941114
ARGO PARTNERS
RE: KNUSAGA CORPORATION
ATTN: PAUL S. BERG
12 WEST 37TH STREET, 9TH FLOOR
NEW YORK, NY 10018

CLAIM NO. 941561
RIVERSIDE CLAIMS LLC
AS ASSIGNEE FOR ITC INC.
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024-0540

CLAIM NO. 941589
LASALLE BRISTOL, LP
C/O CHARLES R. BABCOCK
601 COUNTY ROAD 17
ELKHART, IN 46516

CLAIM NO. 941291
RIVERSIDE CLAIMS LLC
AS ASSIGNEE FOR RICHELIEU
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024-0540

CLAIM NO. 941235
LEISURE DAYS
ATTN: ROBERT IOB
14 SAMUEL MANN AVE
STITTSVILLE
ONTARIO, K25 1X3
CANADA

CLAIM NO. 941055
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
ATTN: JOSEPH P. GARIN, ESQ.
9580 W. SAHAR AVENUE, SUITE 120
LAS VEGAS, NV 89117

CLAIM NO. 941588
RIVERSIDE CLAIMS LLC
AS ASSIGNEE AMERICAN BOLT & SCREW MFG.
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

CLAIM NO. 941022
PREMIER LAMINATING SERVICES, INC.
C/O NICK I. IEZZA
SPIWAK & IEZZA, LLP
2660 TOWNSGATE ROAD, SUITE 530
WESTLAKE VILLAGE, CA 91361

CLAIM NO. 941559
RIVERSIDE CLAIMS LLC
AS ASSIGNEE CHENG USA
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

CLAIM NO. 941071
PUTNAM HITCH PRODUCTS, INC.
211 INDUSTRIAL
BRONSON, MI 49028

CLAIM NO. 941557
RIVERSIDE CLAIMS LLC
AS ASSIGNEE CROWN LIFT TRUCKS
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

CLAIM NO. 937041
R.B. GUSTAFSON CO., INC.
DBA GUSTAFSON LIGHTING
ATTN: KIRK A. SOBECKI
P.O. BOX 39
ELKHART, IN 46515-0039

CLAIM NO. 941567
RIVERSIDE CLAIMS LLC
AS ASSIGNEE FOR ROTALOC INT'L LLC
ATTN: NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

CLAIM NO. 941555
RIVERSIDE CLAIMS LLC
AS ASSIGNEE MAXZONE AUTO PARTS CORP.
ATTN:  NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY  10023

CLAIM NO. 941553
RIVERSIDE CLAIMS LLC
AS ASSIGNEE FOR NICK'S CABINET DOORS
ATTN:  NEIL HERSKOWITZ
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY  10023

CLAIM NO. 941117
ROSENTHAL & ROSENTHAL INC.
ATTN:  DONALD S. LEONARD
1370 BROADWAY, 3RD FL.
NEW YORK, NY  10018

CLAIM NO. 937045
SE-GI PRODUCTS, INC.
ATTN:  BYRON BUEGE, CONTROLLER
1900 SECOND STREET
NORCO, CA  92860

CLAIM NO. 941045
AUTO SHOP EQUIPMENT CO INC.
ATTN:  TERRY BALDRIDGE
6675 DOOLITTLE AVE.
RIVERSIDE, CA  92503

CLAIM NO. 941003
SHAW INDUSTRIES, INC.
ATTN:  JOEDY R. KARR, REGIONAL CREDIT MGR.
P.O. BOX 40
DALTON, GA  30722

CLAIM NO. 941020
SIERRA ALUMINUM COMPANY, INC.
ATTN:  ALAN MANTOEN
2345 FLEETWOOD DRIVE
RIVERSIDE, CA  92509

CLAIM NO. 941387
SMITTY'S AUTO PAINTS OF HEMET, INC.
ATTN:  TIFFANY MARKHAM
427 E. OAKLAND AVE.
HEMET, CA  92544

CLAIM NO. 941090
TDI PRODUCTS
ATTN:  TOM CALDWELL
P.O. BOX 330931
ATLANTIC BEACH, FL  32233

CLAIM NO. 941108
TOP LINE MFG., INC.
7032 ALONDRA BOULEVARD
PARAMOUNT, CA  90723

CLAIM NO. 941030
TRIMARK CORPORATION
ATTN:  JEANIE CHIPERA
500 BAILEY AVE., P.O. BOX 350
NEW HAMPTON, IA  50659

CLAIM NO. 941132
UNITED PARCEL SERVICE
ATTN:  MARYBETH M. NEWELL
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 4396
TIMONIUM, MD  21094

CLAIM NO. 941116
UNITED SAW & ASSOCIATES, INC.
ATTN:  JAMIE McDANIEL
17480 SAGE AVE.
RIVERSIDE, CA  92504

FAIR HARBOR CAPITAL, LLC
ATTN:  FREDRIC GLASS
RE:  CEQUENT TOWING PRODUCTS
875 AVENUE OF THE AMERICAS, SUITE 2305
NEW YORK, NY 10001

BLUE HERON MICRO OPPORTUNITIES FUND, LLP
ATTN: CLAIMS PROCESSING DEPT.
RE: AUTO SHOP EQUIPMENT CO INC
5315 NORTH KINGS HIGHWAY
MYRTLE BEACH, SC 29577

CLAIM NO. 941406
AMERICAN INTERNATIONAL (SEE NOTES)
AIG BANKRUPTCY COLLECTIONS
ATTN:  MICHELLE A. LEVITT, AUTHORIZED
REPRESENTATIVE
70 PINE STREET, 28TH FLOOR
NEW YORK, NY  10270

CLAIM NO. 941355
ASSOCIATED REPRODUCTION SERVICES
ATTN:  ARTURO OROZCO
13925 WHITTIER BLVD.
WHITTIER, CA  90605

CLAIM NO. 941447
AYERS, JEFFERY P.
RR4
BOX 351
ESPANOLA, NM  87532

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAIM NO. 941014
BB&T COMMERCIAL FINANCE
P.O. BOX 310
HIGH POINT, NC  27261

CLAIM NO. 941001
RICHARD H. BENES
716 CORDOVA STREET
SAN DIEGO, CA  92107-4220

CLAIM NO. 941157
RICHARD H. BENES ESQ.
716 CORDOVA ST.
SAN DIEGO, CA  92107-4220

CLAIM NO. 941135
BJ THOMPSON ASSOCIATES, INC.
ATTN:  BJ THOMPSON
1415 LINCOLN WAY WEST, SUITE H
OSCEOLA, IN  46561

CLAIM NO. 941118
CAPITAL BUSINESS CREDIT, LLC
ATTN:  MARGARITA SYMIA
1799 W. OAKLAND PARK BOULEVARD
FT. LAUDERDALE, FL  33311

CLAIM NO. 941063
COMFORTAIRE CORP.
ATTN:  DONNA SWIGER, OFFICE MRG.
P.O. BOX 9219
GREENVILLE, SC  29604

CLAIM NO. 941033
DEC-O-ART, INC.
3914 LEXINGTON PK DR.
ELKHART, IN  46514

CLAIM NO. 937051
DIGICUT SALES LLC
ATTN:  JIM RODGERS
7700 E. 38TH STREET
TULSA, OK  74145

CLAIM NO. 941258
DIGICUT SALES LLC
ATTN:  JIM RODGERS
7700 E. 38TH STREET
TULSA, OK  74145

CLAIM NO. 941365
ENGINEERED SOLUTIONS LLP
D/B/A POWERGEAR AND KWIKEE
ATTN:  STEVEN KRAUSE
C/O RYAN SCHULTZ-McDERMOTT WILL & EMERY
LLP
227 WEST MONROE STREET, SUITE 4700

CHICAGO, IL  60606

CLAIM NO. 941534
ESTES EXPRESS LINES
ATTN:  YVONNE C. HALL – CREDIT DEPT.
P.O. BOX 25612
RICHMOND, V  23260-5612

CLAIM NO. 941018
MICHAEL B. FLOOD
1880 CHERRY HILL DR.
DISCOVERY BAY, CA  94505

CLAIM NO. 941347
MICHAEL FLOOD & MICHELLE CHESS
1880 CHERRY HILL DR.
DISCOVERY BAY, CA  94505

CLAIM NO. 941536
FREIGTHLINER CUSTOM CHASSIS CORPORATION
C/O RANDALL P. MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY & WOOG
535 ANTON BOULEVARD, 10TH FLOOR
COSTA MESA, CA  92626

CLAIM NO. 941537
FREIGTHLINER CUSTOM CHASSIS CORPORATION
C/O RANDALL P. MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY & WOOG
535 ANTON BOULEVARD, 10TH FLOOR
COSTA MESA, CA  92626

CLAIM NO. 941457
GIANT INLAND EMPIRE RV
ATTN:  PETER KRAVITZ
9150 BENSON AVE
MONTCLAIR, CA  91763-1688

CLAIM NO. 941472
HCI ENVIRONMENTAL & ENGINEERING SERVICE
ATTN:  CHARLES R. GUY
114 BUSINESS CENTER DRIVE
CORONA, CA  92880

CLAIM NO. 941223
HERTZ CORPORATION
ATTN:  CRYSTAL McLAUGHLIN
COMMERCIAL BILLING DEPARTMENT
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA, OK  73125

CLAIM NO. 941307
INTEGRAF
ATTN:  JOHN E. FEARING
31 ARGONAUT
ALISO VIEJO, CA  92656

| | |
|---|---|
| CLAIM NO. 941307 | CLAIM NO. 941145 |
| ARGO PARTNERS | ARGO PARTNERS |
| RE: INTEGRAF | RE: P.T.L. ENGINEERING, INC. |
| 12 WEST 37TH STREET, 9TH FLOOR | 12 WEST 37TH STREET, 9TH FLOOR |
| NEW YORK, NY 10018 | NEW YORK, NY 10018 |
| | |
| CLAIM NO. 941101 | CLAIM NO. 941166 |
| GILBERT L. MAGA | PAVLICK, ANDY |
| 23731 HICKORY CT. | 2335 TAMIAMI TRAIL N, SUITE 302A |
| VALENCIA, CA 91354 | NAPLES, FL 34103 |
| | |
| CLAIM NO. 941138 | CLAIM NO. 941482 |
| MARGARET MIYA DESIGNS | PELTIER, JAMES |
| 2851 HAWK ROAD | 839 MONTE VISTA DRIVE |
| CHINO HILLS, CA 91709 | SANTA PAULA, CA 93060 |
| CLAIM NO. 941344 | |
| MOUNTAIN VIEW RANGE, LLC | CLAIM NO. 941432 |
| ATTN: WAYNE L. SMITH | PONTRELLI JR., JOHN |
| 5361 WEST FLYING CIRCLE | 26785 JACKIE DRIVE |
| TUCSON, AZ 85713 | HEMET, CA 92544 |
| | |
| CLAIM NO. 941344 | CLAIM NO. 941586 |
| FAIR HARBOR CAPITAL, LLC | POSTLE ALUMINUM |
| RE: MOUNTAIN VIEW RANGE, LLC | ATTN: DAVID BOESLER |
| ATTN: FREDRIC GLASS | 511 PINE CREEK COURT |
| 875 AVENUE OF THE AMERICAS, STE 2305 | ELKHART, IN 46516 |
| NEW YORK, NY 10001 | |
| | CLAIM NO. 941221 |
| CLAIM NO. 941039 | RELIABLE OFFICE SOLUTIONS |
| MS INDUSTRIAL | ATTN: JEFF ESHELMAN |
| DBA BAGHOUSE & INDUSTRIAL SHEET METAL | 3570 FOURTEENTH STREET |
| ATTN: EILEEN GERTIE | RIVERSIDE, CA 92501 |
| 1731 POMONA ROAD | |
| CORONA, CA 92880 | CLAIM NO. 937273 |
| | ROADWAY EXPRESS, INC. |
| CLAIM NO. 941039 | ATTN: PHYLLIS A. HAYES |
| LIQUIDITY SOLUTIONS, INC. DBA REVENUE | C/O RECEIVABLE MANAGEMENT SERVICES ("RMS") |
| MANAGEMENT | P.O. BOX 5126 |
| RE: BAGHOUSE & INDUSTRIAL | TIMONIUM, MD 21094 |
| ONE UNIVERSITY PLAZA, SUITE 312 | |
| HACKENSACK, NJ 07601 | CLAIM NO. 941142 |
| | SHAMROCK SUPPLY COMPANY, INC. |
| CLAIM NO. 941053 | ATTN: CYNDY CIELASEK |
| LEONARD (ART) NELSON | 3366 E. LA PALMA AVENUE |
| GLORIA M. NELSON | ANAHEIM, CA 92806 |
| 2550 S. ELLSWORTH RD., UNIT #524 | |
| MESA, AZ 85209 | CLAIM NO. 937206 |
| | SHOWER ENCLOSURES AMERICA |
| CLAIM NO. 941145 | ATTN: ALMA VILLA |
| P.T.L. ENGINEERING, INC. | 501 KETTERING DR. |
| ATTN: BRIAN TROMBLEY | ONTARIO, CA 91761 |
| 3333 JOHN CONLEY DR. | |
| BLDG #2 | CLAIM NO. 937071 |
| LAPEER, MI 48446 | SIMS WELDING SUPPLY CO INC. |
| | ATTN: JERRY A. ZIN |
| | 2445 SOUTH ST. |
| | LONG BEACH, CA 90805 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAIM NO. 941120
SIMS WELDING SUPPLY CO INC.
ATTN:  JERRY A. ZINN
2445 SOUTH ST.
LONG BEACH, CA  90805

CLAIM NO. 941113
DORSIE D. AND DIANE H. SMITH
215 LAKE BLVD., #591
REDDING, CA  96003

CLAIM NO. 941332
TL ENTERPRISES, INC.
ATTN:  KAREN HOEVEL
P.O. BOX 692108
CINCINNATI, OH  45269

CLAIM NO. 941332
LIQUIDITY SOLUTIONS, INC.
DBA REVENUE MANAGEMENT
RE: TL ENTERPRISES, INC.
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

CLAIM NO. 941028
UNITED STATES FIRE INSURANCE COMPANY
C/O JAMES KRAUS, ESQ.
CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962-1973

CLAIM NO. 941336
ROYAL H. WHITFIELD
22893 LITTLE RANCH COURT
NUEVO, CA  92567

CLAIM NO. 941367
WOODRUFF, WILFORD
F169754
3590 ROUND BOTTOM ROAD
CINCINNATI, OH  45244

CLAIM NO. 941274
WOODGRAIN MILLWORK
ATTN:  DEBBIE GRANT
300 NW 16TH STREET
P.O. BOX 566
FRUITLAND, ID  83619

CLAIM NO. 941323
AFFINITY GROUP INC.
ATTN:  KAREN HOEVEL
P.O. BOX 692108
CINCINNATI, OH  45269

CLAIM NO. 941323
AFFINITY GROUP INC.
1818 WESTLAKE AVE, N. SUITE
SEATTLE, WA  98109

CLAIM NO. 941323
LIQUIDITY SOLUTIONS, INC.
DBA REVENUE MANAGEMENT
RE: AFFINITY GROUP INC.
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

CLAIM NO. 941193
ALIX ADAMS MODEL & TALENT AGENCY
ATTN:  RICHARD CANDERSON
9813 MERIONETH DRIVE
LOUISVILLE, KY  40299

CLAIM NO. 941096
AMALGAMATED TEXTILES USA INC.
ATTN:  ROBERT STOLLER
815 PLYMOUTH AVENUE
MONT-ROYAL, QUEBEC H4P 1B2
CANADA

CLAIM NO. 937142
AMERICAN INDUSTRIAL CHEMICALS INC.
ATTN:  PATRICK DUGGAN
P.O. BOX 16798
TAMPA, FL  33687

CLAIM NO. 941122
ARC FASTENER SUPPLY
C/O STUART A. KATZ
LAW OFFICE OF STUART A. KATZ
20281 SW BIRCH STREET, SUITE 100
NEWPORT BEACH, CA  92660

CLAIM NO. 941122
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
RE: ARC FASTENER SUPPLY
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

CLAIM NO. 941309
BEECROFT, KENNY
3218 CONWAY GARDENS ROAD
ORLANDO, FL  32806

CLAIM NO. 941462
CHRISTOPHER J. BERNATH &
ANDREA J. BERNATH
6991  74TH ST. CIR E
BRADENTON, FL  34203

| | |
|---|---|
| CLAIM NO. 941256<br>CODY, WILLIAM<br>217 WEST 2ND ST.<br>DAVISON, MI  48423 | CLAIM NO. 941400<br>JEREMIAS HERNANDEZ<br>26139 CORONADA DR<br>MORENO VALLEY, CA 92555 |
| CLAIM NO. 941111<br>CUMMINS POWER GENERATION INC.<br>DBA:  ONAN INDIANA<br>ATTN:  SANDRA HOLDERMAN<br>5125 BECK DRIVE<br>ELKHART, IN  46516 | CLAIM NO. 941185<br>ANALISIA LOPEZ, HUGO GARCIA, VICTOR GARCIA<br>C/O TONY RAHNAMA, ESQ.<br>PEYMAN & RAHNAMA<br>11801 W. WASHINGTON BLVD.<br>LOS ANGELES, CA  90066-5919 |
| CLAIM NO. 941283<br>D&W, INC.<br>941 OAK STREET<br>ELKHART, IN  46514 | CLAIM NO. 941186<br>ANALISIA LOPEZ, HUGO GARCIA, VICTOR GARCIA<br>C/O TONY RAHNAMA, ESQ.<br>PEYMAN & RAHNAMA<br>11801 W. WASHINGTON BLVD.<br>LOS ANGELES, CA  90066-5919 |
| CLAIM NO. 941275<br>MILTON J. DAVIS<br>7275 PIERCE<br>MANCHESTER, MI  48158 | CLAIM NO. 941187<br>ENRIQUE HOLGUIN (VICENTE HOLGUIN-<br>DECEASED)<br>C/O TONY RAHNAMA, ESQ.<br>PEYMAN & RAHNAMA<br>11801 W. WASHINGTON BLVD.<br>LOS ANGELES, CA  90066-5919 |
| CLAIM NO. 937143<br>DESIGN / CRAFT<br>ATTN:  WALTER CERANEK<br>2230 RIDGE DRIVE<br>GLENVIEW, IL  60025 | |
| CLAIM NO. 941225<br>DION, JEAN ALBERT<br>25300 ADAMS AVE.<br>MURRIETA, CA  92562 | CLAIM NO. 941532<br>RAYMOND REYES – GUARDIAN ADLITEM<br>ANALISIA LOPEZ<br>C/O TONY RAHNAMA/PETER STEINBERG<br>STEINBERG, NUTTER & BRENT, LAW CORP<br>23801 CALABASAS ROAD, SUITE 2031<br>CALABASAS, CA  91302 |
| CLAIM NO. 941168<br>RAYMOND FERGUSON / JUDITH A. FERGUSON<br>13721 BIOLA AVE.<br>LA MIRANDA, CA  90638 | CLAIM NO. 941533<br>RAYMOND REYES / GUARDIAN ADLITEM ANALISIA<br>LOPEZ<br>C/O TONY RAHNAMA/PETER T. STEINBERG<br>STEINBERG, NUTTER & BRENT, LAW CORP<br>23801 CALABASAS ROAD, SUITE 2031<br>CALABASAS, CA  91302 |
| CLAIM NO. 941381<br>DAVE C FLETCHER<br>2006 N 38 AVE<br>HOLLYWOOD, FL 33021 | |
| CLAIM NO. 941143<br>FREUDENBERG BUILDING SYSTEM, INC.<br>ATTN:  DALE A. TENNIS<br>94 GLENN ST.<br>LAWRENCE, MA  01843 | CLAIM 941200<br>JEFFERSON SPECIAL POLICE INC.<br>ATTN: MICHAEL MULLINS<br>1208 DURRETT LANE<br>LOUISVILLE, KY 40213 |
| CLAIM NO. 941395<br>PUNEET KUMAR GHIRAIYA<br>1223 S. TAYLOR ST. APT 22<br>ARLINGTON, VA  22204 | CLAIM 941251<br>KAPER II. INC.<br>ATTN: BECKY SMITH<br>P.O. BOX 449<br>KELSO, WA 98626 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLAIM NO. 941522
GABRIEL LUZANILLA
LONG BEACH PRESCRIPTION PHARMACY
P.O. BOX 51874
LOS ANGELES, CA  90051

CLAIM NO. 941477
GABRIEL LUZANILLA
MCL HEALTH MANAGEMENT
ATTN:  JULIE YANG
P.O. BOX 10340
SANTA ANA, CA  92711-0340

CLAIM NO. 941475
JUAN RAMON MADRIGAL
MCL HEALTH MANAGEMENT
ATTN:  JULIE YANG
P.O. BOX 10340
SANTA ANA, CA  92711

CLAIM NO. 941379
FLOYD DEAN MAY
1138 NECHES TR WB 19A
WHITNEY, TX  76692

CLAIM NO. 941444
GARY MCDEARMONT
2 WALNUT PLACE
ANGLETON, TX 77515

CLAIM NO. 941345
JOHN IRVIN MILLIS
28617 MISSION DR.
MENIFEE, CA  92584

CLAIM NO. 941254
MOHAWK FINISHING PRODUCTS
ATTN:  PHILIP A. KYRIACOU
P.O. BOX 22000
HICKORY, NC  28603

CLAIM NO. 937104
MS INDUSTRIAL
DBA BAGHOUSE & INDUSTRIAL SHEET METAL
ATTN:  EILEEN GERTIE, CREDIT MGR
1731 POMONA ROAD
CORONA, CA  92880

CLAIM NO. 937104
LIQUIDITY SOLUTIONS, INC. DBA REVENUE
MANAGEMENT
RE: BAGHOUSE & INDUSTRIAL
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

CLAIM NO. 941476
ALEJANDRINA NEGRETE
MCL HEALTH MANAGEMENT
ATTN:  JULIE YANG
P.O. BOX 10340
SANTA ANA, CA  92711

CLAIM NO. 941029
ROGER OVERBECK
5160 LOWER GREEN CANYON ROAD
ELLENSBURG, WA  98926

CLAIM NO. 941098
DAVID K. PATTERSON
42844 ADALIN WAY
PALM DESERT, CA 92211

CLAIM NO. 941206
PEDLEY GAS
ATTN:  SUSAN W. TARNER
17846 VAN BUREN BLVD.
RIVERSIDE, CA  92508

CLAIM NO. 941198
PEDLEY PROPANE
ATTN:  SUSAN W. TARNER
17846 VAN BUREN BLVD.
RIVERSIDE, CA  92508

CLAIM NO. 941110
PEDLEY PROPANE
ATTN:  SUSAN W. TARNER
17846 VAN BUREN BLVD.
RIVERSIDE, CA  92508

CLAIM NO. 941431
TOD REHNER
2602 VINEYARD CIR.
PASO ROBLES, CA 93446

CLAIM NO. 937340
R&I INDUSTRIES INC.
C/O STEFAN PEROVICH - DAVID D. PIPER (179889)
KEESAL, YOUNG & LOGAN
400 OCEANGATE - P.O. BOX 1730
LONG BEACH, CA 90801-1730

CLAIM NO. 941568
MR. EDWIN L. ROGERS
APT. C
4801 N. DIVISION ST.
DAVENPORT, IA  52806

| | | |
|---|---|---|
| 1 | CLAIM NO. 941273<br>DORSIE D. AND DIANE H. SMITH | Attorneys for Wells Fargo Bank<br>David B. Kurzweil, Esq. |
| 2 | 215 LAsKE BLVD., #591<br>REDDING, CA  96003 | Greenberg & Traurig<br>The Forum |
| 3 | CLAIM NO. 941408 | 3290 Northside Pkwy., #400<br>Atlanta, GA  30327 |
| 4 | MARIA TARDY<br>ANDREW MOROVATI | Wells Fargo Bank, N.A. |
| 5 | ATTN:  MARIA RAMON<br>155 W. HOSPITALITY LN #105 | Attn:  Charles F. Liles<br>Wells Fargo Business Center |
| 6 | SAN BERNARDINO, CA  92408 | 400 Northridge Rd., #600<br>Atlanta, GA  30327 |
| 7 | CLAIM NO. 941109<br>TIMOTHY TURNER | Request for Special Notice |
| 8 | 3800 E. MT. KIMBALL PL.<br>TUCSON, AZ  85718 | Atty. for Stier's RV Centers<br>Thomas S. Clark, Esq. |
| 9 | CLAIM NO. 941104 | Arrache, Clark & Potter<br>4800 Easton Drive, Suite 114 |
| 10 | VIRACON/CURVLITE INC.<br>ATTN:  JERRY A. DRAKE | Bakersfield, CA  93309 |
| 11 | 2355 LEMOND ROAD<br>P.O. BOX 990 | Counsel to Ad Hoc Committee<br>Ali M. M. Mojdehi, Esq. |
| 12 | OWATONNA, MN  55060 | Christine E. Baur, Esq.<br>Baker & McKenzie LLP |
| 13 | CLAIM NO. 941262<br>ROYAL H. AND PEGGY L. WHITFIELD | 12544 High Bluff Drive, 3rd Fl.<br>San Diego, CA  92130 |
| 14 | 22893 LITTLE RANCH COURT<br>NUEVO, CA 92567 | Counsel to Ad Hoc Committee |
| 15 | CLAIM NO. 941112 | Janet D. Gertz, Esq.<br>Joseph R. Dunn, Esq., Esq. |
| 16 | DONALD E. WILSON<br>4063 W. AZALEA ST. | Baker & McKenzie LLP<br>12544 High Bluff Drive, 3rd Fl. |
| 17 | TUCSON, AZ  85741-1033 | San Diego, CA  92130 |
| 18 | Debtor<br>National R.V., Inc. | Counsel to First Industrial Realty Trust<br>William J. Barrett, Esq. |
| 19 | Attn:  Jonathan Corn<br>425 W. Rider Street, Unit B4 | Barack, Ferrazzano Kirschbaum &<br>Nagelberg LLP |
| 20 | Perris, CA  92571 | 200 W. Madison Street, #3900<br>Chicago, IL  60606 |
| 21 | United States Trustee<br>Office of the US Trustee | Richard H. Benes, Creditor |
| 22 | Attn: Timothy J. Farris<br>3685 Main St., Suite 300 | 716 Cordova Street<br>San Diego, CA  92107-4220 |
| 23 | Riverside, CA  92501 | Attorneys for Crest Chevrolet |
| 24 | Internal Revenue Service<br>P.O. Box 21126 | Franklin C. Adams, Esq.<br>Best Best & Krieger, LLP |
| 25 | Philadelphia, PA  19114 | 3750 University Avenue<br>Riverside, CA  92502 |
| 26 | Attorneys for Creditors Committee<br>Hamid R. Rafatjoo, Esq. | Counsel to Dometic Corporation |
| 27 | Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Blvd., 11th Fl. | Scott E. Blakeley, Esq.<br>Blakeley & Blakeley LLP |
| 28 | Los Angeles, CA  90067 | 1000 Quail Street, Suite 200<br>Newport Beach, CA  92660 |

| | | |
|---|---|---|
| 1 | Counsel to Freightliner LLC<br>Randall P. Mroczynski, Esq.<br>Cooksey, Toolen, Gage,<br>Duffy & Woog<br>535 Anton Blvd., Tenth Floor<br>Costa Mesa, CA  92626 | Edwin J. Simcox, Esq.<br>4259 S. Shelby Street<br>Indianapolis, IN  46227<br><br>Recovery Management Systems<br>Attn:  Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 |

1

2

3

4  Counsel to GMAC
   Daniel E. Martyn, Jr., Esq.

5  Diana S. Ponce-Gomez, Esq.                    Attorneys for Creditor Andrea Kemp
   Danner & Martyn, LLP                          William F. McDonald, III, Esq.

6  100 E. Thousand Oaks Blvd., #244              The McDonald Group
   Thousand Oaks, CA  91360                      5752 Oberlin Drive, Suite 106

7                                                San Diego, CA  92121

   Counsel to La Mesa R.V. Center

8  Kathryn M.S. Catherwood, Esq.                 Creditor
   Duane Morris LLP                              Jeffrey Vincent McGee

9  101 W. Broadway, #900                         P.O. Box 3877
   San Diego, CA  92101                          Jackson, GA  30233-0078

10

   Attorneys for First Industrial               Counsel for Dan Gamel, Inc.

11 Richard T. Egger, Esq.                        Brady McGuinness, Esq.
   Best Best & Krieger LLP                       Betts & Wright

12 3500 Porsche Way, Suite 200                   P.O. Box 28550
   Ontario, CA  91764                            Fresno, CA  93729

13

   Attorneys for Cummins, Inc.                   Fritts Ford

14 Keith C. Owens, Esq.                          Attn:  John A. Boyd
   Foley & Lardner LLP                           Thompson & Colegate

15 555 S. Flower Street, #3500                   3610 14th Street
   Los Angeles, CA  90071                        Riverside, CA  92501

16

   Attorneys for Cummins, Inc.                   Lankenau & Miller LLP

17 Jill L. Murch, Esq.                           Stuart J. Miller
   Lars A. Peterson, Esq.                        132 Nassau Street, #423

18 Foley & Lardner LLP                           New York, NY  10038
   321 N. Clark Street, #2800

19 Chicago, IL  60610                            Primeshares
                                                 60 Madison Avenue, 2nd Floor

20 Attorneys for Consolidated Electrical         New York, NY  10011-1600
   Tomas A. Kuehn, Esq.

21 Gibbs, Giden, Locher, Turner & Senet          Mary E. Olsen/M. Vance McCrady
   1880 Century Park East, 12th Fl.              J. Cecil Gardner

22 Los Angeles, CA  90067                        1119 Government Street
                                                 Mobile, AL  36652

23 Attorney for the Dept. of Revenue
   Sheryl L. Moreau, Esq.                        Audiovox Specialized Applications

24 Missouri Department of Revenue                Julia Willis
   301 W. High Street, Room 670                  53200 Marina Drive

25 Jefferson City, MO  35105                     Elkhart, IN  46514

26 Attoneys for Don Ray Drive-A-Way              Robert A. Trodella, Jr.
   Gary A. Plotkin, Esq.                         Michaeline H. Correa

27 Plotkin Rapoport & Nahmias                    Heller Ehrmann LLP
   16633 Ventura Blvd., #800                     333 Bush Street

28 Encino, CA  91436                             San Francisco, CA  94104

1

Domingo Quintero, Esq.
625 Broadway, Suite 1120
San Diego, CA  92101

Martha E. Romero, Esq.
Romero Law Firm
6516 Bright Avenue
Whittier, CA  90601

2

Katten Muchin Rosenman
Thomas J. Leanse, Esq.
2029 Century Park East, #2600
Los Angeles, CA  90067

3

4

Counsel to Premier Laminating
Lisa E. Spiwak, Esq.
Spiwak & Iezza, LLP
2660 Townsgate Road, Suite 530
Westlake Village, CA  91316-5700

5

Xerox Corporation
Attn:  Inquiry Dept.
1303 Ridgeview Drive
Lewisville, TX  75057

6

Rod Pacheco, District Attorney
(People v. NRV )
County of Riverside
4075 Main Street, 1st Floor
Riverside, CA  92501

7

Counsel to National R.V. Holding, Inc.
Marc S. Cohen, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, #1700
Los Angeles, CA  90067

8

9

Michael Handler
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

10

Moldo Davidson Fraioli
Peter A. Davidson, Esq.
2029 Century Park East, 21st Floor
Los Angeles, CA  90067

11

Counsel for Lee W. Moses
Skip Allen Feild, Esq.
Skip Allen Feild Attorney at Law
3877 Twelfth Street, Suite 200
Riverside, CA  92501

12

Nautica Apparel, Inc.
Attn:  Lisa A. Whitney
40 West 57th Street
New York, NY  10019

13

14

Creditor
Lee W. Moses
720 Marina Drive
Boulder City, NV 89005

15

Cal. Dept. of Industrial Relations
Attn:  Jim Ware
2265 Watt Avenue, #1
Sacramento, CA  95825

16

17

Sarah Moyed, Esq.
Security Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA  90036

18

Bruce C. Conklin, Jr.
Kibel Green Inc.
One Park Plaza, Suite 600
Irvine, CA  92614

19

20

21

22

23

24

25

26

27

28