1  Scott E. Blakeley (State Bar No. 141418)
   E-Mail: seb@blakeleyllp.com
2  Bradley D. Blakeley (State Bar No. 189756)
3  E-Mail:  bblakeley@blakeleyllp.com
   BLAKELEY & BLAKELEY LLP
4  1000 Quail Street, Suite 200
5  Newport Beach, California 92660
   Telephone: (949) 260-0611
6  Facsimile: (949) 260-0613

7  Counsel for The Dometic Corporation

8

9               UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    RIVERSIDE DIVISION

12

13 | In re:                                          | Bk. Case No.: 6:07-17941-PC
14 |                                                 |
   | NATIONAL R.V. HOLDINGS, INC., A Delaware        | Chapter  11
15 | corporation; NATIONAL R.V. INC., a California   |
   | corporation,                                    | Jointly Administered with Case No.: 6:07-
16 |                                                 | 17937-PC
17 |          Debtors.                               |
   |                                                 | **NOTICE OF WITHDRAWAL OF
18 |                                                 | OPPOSITION TO XROADS SOLUTIONS
   |                                                 | GROUP, LLC'S MOTION TO EXTEND
19 |                                                 | CLAIM OBJECTION DEADLINE TO
20 |                                                 | SEPTEMBER 16, 2009 AND REQUEST
   |                                                 | FOR HEARING**
21 |                                                 |
22 |                                                 | Hearing Date and Time
   |                                                 | Date:    TBD
23 |                                                 | Time:   TBD
   |                                                 | Dept:  Courtroom #303
24 |                                                 |            3420 Twelfth Street
25 |                                                 |            Riverside, CA 92501
26
27
28

---

**NOTICE OF WITHDRAWAL OF OPPOSITION TO THE MOTION TO EXTEND CLAIMS OBJECTION
DEADLINE**

1

**TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Creditor The Dometic Corporation hereby WITHDRAWS the OPPOSITION TO XROADS SOLUTIONS GROUP, LLC'S MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO SEPTEMBER 16, 2009 AND REQUEST FOR HEARING in its entirety.

Dated:  March 9, 2009                                              BLAKELEY & BLAKELEY LLP

                                                                   By: /s/Bradley D. Blakeley
                                                                   Bradley D. Blakeley
                                                                   Counsel for The Dometic Corporation

---

**NOTICE OF WITHDRAWAL OF OPPOSITION TO THE MOTION TO EXTEND CLAIMS OBJECTION DEADLINE**

2

| In re: NATIONAL R.V. HOLDINGS, INC., NATIONAL R.V. INC. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBERS: 6:07-17941-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 Quail Street, Suite 200; Newport Beach, CA 92660

The foregoing documents described as:
NOTICE OF WITHDRAWAL OF OPPOSITION TO XROADS SOLUTIONS GROUP, LLC'S MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO SEPTEMBER 16, 2009 AND REQUEST FOR HEARING

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 9, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**(SEE ATTACHED PAGE)**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served) **:**
On <u>March 9, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**(SEE ATTACHED PAGE)**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 9, 2009        Abigail Stecker              */s/ Abigail Stecker*
                                                  *Signature*

| In re: NATIONAL R.V. HOLDINGS, INC., NATIONAL R.V. INC. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBERS: 6:07-17941-PC |

## I. SERVED VIA NEF

Christine E Baur christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com; anne.w.hamann@bakernet.com; ali.m.m.mojdehi@bakernet.com; jane.b.mackie@bakernet.com
Bradley D Blakeley bblakeley@bandblaw.com
John A Boyd jboyd@tclaw.net
Laura L Buchanan lbuchanan@ktbslaw.com
Kathryn M Catherwood kmcatherwood@duanemorris.com
Marc S Cohen mcohen@kayescholer.com
Michaeline H Correa mcorrea@jonesday.com
Peter A Davidson pdavidson@mdfslaw.com
Richard T Egger richard.egger@bbklaw.com
Timothy J Farris timothy.j.farris@usdoj.gov
Skip Allen Feild feildlaw@aol.com
Fredric Glass fglass@fairharborcapital.com
Matthew A Gold courts@argopartners.net
David Guess dguess@ktbslaw.com
Jon-Jamison Hill jjhill@venable.com
Brian D Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com; mark.conzelmann@kattenlaw.com; jeffrey.chadwick@kattenlaw.com
Dean T Kirby dkirby@kirbymac.com, gsparks@kirbymac.com; knoorigian@kirbymac.com; tfloros@kirbymac.com
Daniel A Lev dlev@sulmeyerlaw.com
William F McDonald william@mcdonaldlegalgroup.com, lisa@mcdonaldlegalgroup.com
Ali M Mojdehi ali.m.m.mojdehi@bakernet.com
Randall P Mroczynski randym@cookseylaw.com
Keith C Owens kowens@foley.com
Gary A Plotkin gplotkin@prllplaw.com, calexander@prllplaw.com
Hamid R Rafatjoo hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com
Cassandra J Richey cmartin@pprlaw.net
Martha E Romero Romero@mromerolawfirm.com
Jonathon Shenson jshenson@ktbslaw.com
Autumn D Spaeth aspaeth@wgllp.com
Adam M Starr starra@gtlaw.com
David P Tonner operations@blueheroncapital.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
William Wall wwall@wall-law.com
Steven Werth swerth@kayescholer.com
Andrew F Whatnall awhatnall@daca4.com

## II. SERVED U.S. MAIL

**Office of the United States Trustee**
United States Trustee
Attn: Timothy J. Farris
3685 Main Street, Suite 300
Riverside, California 92501

**Counsel for Wells Fargo**
Greenberg Traurig, LLP
Attn: David B. Kurzweil, Esq.
3290 Northside Pkwy, Ste. 400
Atlanta, GA 30327

**Counsel for Debtor**
David M. Guess, Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

Wells Fargo Business Credit
Attn: Charles F. Liles
400 Northridge Road, Suite 600
Atlanta GA 30350

**Debtor**
National R.V. Holdings, Inc.
Attn: Jon Corn
425 West Rider Street, Unit B4
Perris, California 92571

59911-003\DOCS_SF:63954.1

**COMMITTEE MEMBERS**

Peter Kravitz
Vice President
Giant R.V.
9150 Benson Avenue
Montclair, California 91763

Jacob Rowan
Sales Manager/Director
R&I Industries, Inc.
1876 Taylor Place
Ontario, California 91761

Russell Rodeghero
President
Lami Plast Inc.
22730 Hawthorne Boulevard, Suite 208
Torrance, California 90505

Steve Ardis
Owner
The Cutting Edge Wood Tech
130 North Gilbert Street
Fullerton, California 92833

Ron D. Belk
President
Kustom Fit Manufacturing
8990 South Atlantic Avenue
South Gate, California 90280

David D. Piper
Keesal Young & Logan
400 Oceangate
Long Beach, California 90802

Greg Weber
Credit Manager
The Domestic Corp.
509 South Poplar Street
La Grange, Indiana 46761

**REQUEST FOR SPECIAL NOTICE**

**Attorneys for First Industrial Realty Trust**
William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

**Attorneys for Knusaga Corporation**
Marilyn H. Mitchell
Evans & Luptak PLC
7457 Franklin Road, Suite 250
Bloomfield Hills, Michigan 48301-3612

Creditor
Billy J. Hargrove
1870 East Pomona Road
Yakima, Washington 98901-9338

Xerox Corporation
Inquiry Department
1303 Ridgeview Drive
Lewisville, Texas 75057

**Attorneys for Consolidated Electrical Distributors, Inc.**
Tomas A. Kuehn
Gibbs Giden Locher Turner & Senet LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067

Creditor
Liquidity Solutions, Inc.
One University Plaza
Hackensack, NJ 07601

**Attorneys for Don Ray Drive-A-Way, Inc., et al.**
Edwin J. Simcox
4259 South Shelby Street
Indianapolis, Indiana 46227

Creditor
Richard H. Benes
716 Cordova Street
San Diego, California 92107-4220

**Attorneys for GMAC LLC**
Daniel E. Martyn, Jr
Diana S. Ponce-Gomez
Danner & Martyn LLP
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360

**Attorneys for Cummins, Inc., Fleetguard, Inc., et al.**
Jill L. Murch / Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764

**Attorneys for Crest Chevrolet**
Franklin C. Adams
Best Best & Krieger LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, California 92502

Creditor GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, Florida 33131-1605

**Attorneys for Stier's RV Centers, LLC and Venture Out RV Centers, Inc.**
Thomas S. Clark
Arrache Clark & Potter
4800 Easton Drive, Suite 114
Bakersfield, California 93309

**Attorneys for The Department of Revenue**
Missouri Department of Revenue
Bankruptcy Unit
Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, Missouri 65105-0465

**Attorneys for Dan Gamel, Inc.**
Brady K. McGuinness
Betts & Wright
P.O. Box 28550
Fresno, California 93729-8550

Creditor
D&W, Inc.
941 Oak Street
Elkhart, Indiana 46514

Creditor
Jeffrey Vincent McGee
P.O. Box 3877
Jackson, Georgia 30233-0078

59911-003\DOCS_SF:63954.1