Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: hrafatjoo@pszjlaw.com
       psinger@pszjlaw.com



FILED & ENTERED

MAR 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig      DEPUTY CLERK

Counsel for Michael Schwarzmann, acting as the
Liquidating Trustee of the NRV Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation,<br><br>Debtors | Case No.: 06:07-17941-PC<br><br>Chapter 11<br><br>Jointly Administered with Case No: 6:07-17937-PC<br><br>**ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO SEPTEMBER 16, 2009** |

The Court has considered the *Notice of Motion and Motion to Extend Claim Objection Deadline to September 16, 2009* (the "Motion"), filed on February 17, 2009.  Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

The Court has also reviewed the *Notice of Withdrawal of Opposition to XRoads Solutions Group, LLC's Motion to Extend Claim Objection Deadline to September 16, 2009 and Request for Hearing* (the "Withdrawal"), pursuant to which The Demetic Corporation withdrew any and all opposition to the Motion.  The Court has also reviewed the *Declaration of Pamela E. Singer Re Service of and Lack of Opposition to the Motion to Extend Claim Objection Deadline to September 16, 2009* (the "Declaration"), filed on March 10, 2009.  That Court finds that there is no opposition or request for hearing on the Motion and that notice of the Motion was appropriate and sufficient.

59911-003\DOCS_SF:64433.1

1  Based upon the foregoing, upon all the papers filed in support of the Motion, the Withdrawal
2  and the Declaration, and sufficient cause appearing therefore; it is hereby

**ORDERED** as follows:

1. The Motion is granted.

2. The Claim Objection Deadline is hereby extended to September 16, 2009.

###

DATED: March 17, 2009

_____
United States Bankruptcy Judge

Case 6:07-bk-17941-DS    Doc 1137    Filed 03/17/09    Entered 03/17/09 14:29:45    Desc
Main Document    Page 3 of 5


| In re: National R.V. Holdings, Inc. et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 07-17941 |

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO SEPTEMBER 16, 2009  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 10, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See Attached Service List

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See Attached Service List

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
59911-003\DOCS_SF:64433.1

**F 9021-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

| In re: National R.V. Holdings, Inc. et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 07-17941 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

# I. TO BE SERVED VIA NEF:

| | |
|---|---|
| bblakeley@bandblaw.com | Bradley D. Blakeley |
| jboyd@tclaw.net | John A. Boyd |
| jbressi@coxcastle.com | Jess R. Bressi |
| lbuchanan@ktbslaw.com | Laura Buchanan |
| kmcatherwood@duanemorris.com | Karthryn M. Catherwood |
| mcohen@kayescholer.com | Marc S. Cohen |
| mcorrea@jonesday.com | Michaeline H. Correa |
| adanker@kayescholer.com | Ashleigh A. Danker |
| Christine.e.baur@bakernet.com | Christine E. Baur |
| pdavidson@mdfslaw.com | Peter A. Davidson |
| Richard.egger@bbklaw.com | Richard T. Egger |
| timothy.j.farris@usdoj.gov | Timothy J. Farris |
| fieldlaw@aol.com | Skip Allen Field |
| fglass@fairharborcapital.com | Frederic Glass |
| courts@argopartners.net | Matthew A. Gold |
| dguess@ktbslaw.com | David Guess |
| jjhill@venable.com | Jon-Jamison Hill |
| brian.huben@kattenlaw.com | Brian D. Huben |
| carole.levine@kattenlaw.com | Carole Levine |
| Mark.conzelmann@kattenlaw.com | Mark Conzelmann |
| Jeffrey.chadwick@kattenlaw.com | Jeffrey Chadwick |
| dkirby@kirbymac.com | Dean T. Kirby |
| gsparks@kirbymac.com | |
| knoorigian@kirbymac.com | |
| tfloros@kirbymac.com | |
| Leib.lerner@alston.com | Leib M. Lerner |
| dlev@sulmeyerlaw.com | Daniel A. Lev |
| William@mcdonaldlegalgroup.com | William F. Mcdonald |
| lisa@mcdonaldlegalgroup.com | |
| ali.m.m.mojdehi@bakernet.com | Ali M. Mojdehi |
| Andrew.mcdermott@bakernet.com | Andrew McDermott |
| Anne.w.hamann@bakernet.com | Anne W. Hamann |
| Jane.b.mackie@bakernet.com | Jane B. Mackie |
| randym@cookseylaw.com | Randall P. Mroczynski |
| kowens@foley.com | Keith C. Owens |
| gplotkin@prllplaw.com | Gary A. Plotkin |

| | |
|---|---|
| calexander@prllplaw.com | |
| hrafatjoo@pszjlaw.com | Hamid R. Rafatjoo |
| cmartin@pprlaw.net | Cassandra J. Richey |
| Romero@mromerolawfirm.com | Marthe E. Romero |
| jshenson@ktbslaw.com | Jonathon Shenson |
| psinger@pszjlaw.com | Pamela E. Singer |
| aspaeth@wgllp.com | Autumn D. Spaeth |
| starra@gtlaw.com | Adam M. Starr |
| operations@blueheroncapital.com | David P. Tonner |
| ustpregion16.rs.ect@usdoj.gov | United States Trustee (RS) |
| wwall@wall-law.com | William Wall |
| swerth@kayescholer.com | Steven Werth |
| awhatnall@daca4.com | Andrew F. Whatnall |

**TO BE SERVED BY LODGING PARTY**

**LIQUIDATING TRUSTEE**
Michael Schwarzmann
XRoads Solutions Group LLC
1821 East Dyer Road, Suite 225
Santa Ana, CA  92705