

FILED & ENTERED

SEP 08 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

1  Hamid R. Rafatjoo (CA Bar No. 181564)
   Jeffrey P. Nolan (CA Bar No. 158923)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   Email: hrafatjoo@pszjlaw.com
5          jnolan@pszjlaw.com

6

7  Counsel for Michael Schwarzmann, the Liquidating Trustee
   of the NRV Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 06:07-17941-PC |
| NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation, | Chapter 11 |
| | Jointly Administered with Case No: 6:07-17937-PC |
| Debtors | **ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2009** |
| | [No hearing requested pursuant to LBR 9013-1(o)] |

The Court having considered the *Notice of Motion* and the *Motion to Extend Claim Objection Deadline to December 30, 2009* (the "Motion"), filed on August 15, 2009, the declarations of Michael Schwarzmann and Jeffrey P. Nolan filed in support thereof, and any and all pleadings necessary to the determination of the issue, rules as follows:

The Court finds that there is no opposition or request for hearing on the Motion and that notice of the Motion was appropriate and sufficient.

///

///

///

///

1  Based upon the foregoing, all the papers filed in support of the Motion, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted; and

*2.* The Claim Objection Deadline is extended to December 30, 2009.

####

DATED: September 8, 2009

_____
United States Bankruptcy Judge

| In re:  National R.V. Holdings, Inc., et al., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 07-17491 |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2009** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   August 15, 2009  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                             **F 9021-1.1**

| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. 6:07-bk-17941-PC Notice will be electronically mailed to:**

Christine E Baur on behalf of Interested Party Ad Hoc Committee of Equityholders
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com

Bradley D Blakeley on behalf of Creditor Dometic Corporation
bblakeley@bandblaw.com

John A Boyd on behalf of Creditor Fritts Ford
jboyd@tclaw.net

Jess R Bressi on behalf of Counter-Claimant XRoads Solutions Group, LLC, as Trustee
jbressi@luce.com

Jess R Bressi on behalf of Trustee Xroads Solutions Group, LLC
jbressi@coxcastle.com

Gillian N Brown on behalf of Trustee Xroads Solutions Group, LLC
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Laura L Buchanan on behalf of Debtor National R.V. Holdings, Inc.
lbuchanan@ktbslaw.com

Kathryn M Catherwood on behalf of Creditor La Mesa R.V. Center, Inc.
kmcatherwood@duanemorris.com

Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Marc S Cohen on behalf of Debtor National R.V. Holdings, Inc.
mcohen@kayescholer.com

Michaeline H Correa on behalf of Debtor National R.V. Holdings, Inc.
mcorrea@jonesday.com

Ashleigh A Danker on behalf of Debtor National R.V. Holdings, Inc.
adanker@kayescholer.com

Peter A Davidson on behalf of Plaintiff Henry Caouette
pdavidson@mdfslaw.com

Richard T Egger on behalf of Creditor First Industrial L.P.
richard.egger@bbklaw.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)
timothy.j.farris@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

Skip Allen Feild on behalf of Creditor Lee Moses
feildlaw@aol.com

Fredric Glass on behalf of Creditor Fair Harbor Capital LLC
fglass@fairharborcapital.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

David Guess on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
dguess@ktbslaw.com

Jon-Jamison Hill on behalf of Defendant National R.V. Holdings, Inc.
jjhill@venable.com

Brian D Huben on behalf of Creditor RACKSPACE US, Inc.
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

Dean T Kirby on behalf of Creditor Len Southwick
dkirby@kirbymac.com, gsparks@kirbymac.com;knoorigian@kirbymac.com;tfloros@kirbymac.com

Leib M Lerner on behalf of Creditor Freeman & Mills, Incorporated
leib.lerner@alston.com

Daniel A Lev on behalf of Creditor Giant RV, Inc.
dlev@sulmeyerlaw.com

Ben H Logan on behalf of Special Counsel O'Melveny & Meyers LLP
blogan@omm.com

William F McDonald on behalf of Creditor Andrea Kemp
william@mcdonaldlegalgroup.com, lisa@mcdonaldlegalgroup.com

Ali M Mojdehi on behalf of Interested Party Ad Hoc Committee of Equityholders
ali.m.m.mojdehi@bakernet.com,
christine.e.baur@bakernet.com;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie@bakernet.com

Randall P Mroczynski on behalf of Creditor FREIGHTLINER LLC
randym@cookseylaw.com

Jeffrey P Nolan on behalf of Interested Party Liquidating Trustee
jnolan@pszjlaw.com

Keith C Owens on behalf of Creditor Onan Inc.
kowens@foley.com

Gary A Plotkin on behalf of Creditor Don Ray Drive-A-Way Company of California, Inc.
gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                      **F 9013-3.1**

| | |
|---|---|
| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

Hamid R Rafatjoo on behalf of Attorney Official Commitee of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Cassandra J Richey on behalf of Creditor Progressive Express Insurance Company
cmartin@pprlaw.net

Martha E Romero on behalf of Creditor Riverside County Treasurer - Tax Collector Paul McDonnell
Romero@mromerolawfirm.com

Paul R Shankman on behalf of Creditor Estate of Pardington
pshankman@jhindslaw.com

Jonathon Shenson on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jshenson@ktbslaw.com

Pamela E Singer on behalf of Liquidator Michael Schwarzmann
psinger@pszjlaw.com, ksuk@pszjlaw.com

Autumn D Spaeth on behalf of Creditor Audiovox Specialized Applications, LLC
aspaeth@wgllp.com

Adam M Starr on behalf of Creditor WELLS FARGO BANK , N.A.
starra@gtlaw.com

David P Tonner on behalf of Creditor Blue Heron Micro Opportunities Fund LLP
operations@blueheroncapital.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

William Wall on behalf of Creditor Crest Chevrolet
wwall@wall-law.com

Joseph M Welch on behalf of Counter-Claimant First Industrial, L.P.
joseph.welch@bbklaw.com, kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com

Steven Werth on behalf of Debtor National R.V. Holdings, Inc.
swerth@kayescholer.com

Andrew F Whatnall on behalf of Creditor Debt Acquisition Company of America V LLC
awhatnall@daca4.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

**6:07-BK-17941-PC**

**NOTICE WILL NOT BE ELECTRONICALLY MAILED TO:**

**COMMITTEE MEMBERS:**

Peter Kravitz on behalf of Creditor Giant RV, Inc.
9150 Benson Ave
Montclair, CA 91763

Jacob Rowan
Sales Manager/Director
R&I Industries, Inc.
1876 Taylor Place
Ontario, CA 91761

Russell Rodeghero
President
Lami Plast, Inc.
22730 Hawthorne Blvd., Suite 208
Torrance, CA 90505

Steve Ardis, Owner
the Cutting Edge Wood Tech
130 North Gilbert Street
Fullerton, CA 92833

Ron D. Belk, President
Kustom Fit Manufacturing
8990 South Atlantic Ave.
South Gate, CA 90280

David D. Piper
Keesal Young & Logan
400 Oceangate
Long Beach, Ca 90802

Greg Weber
Credit Manager
The Domestic Corp.
509 South Poplar Street
La Grange, Indiana 46761

**REQUEST FOR SPECIAL NOTICE**

**Attorneys for First Industrial Trust**
William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606

**Attorneys for Knusaga Corporation**
Marilyn H. Mitchell
Evans & Luptak PLC
7457 Franklin Street, Suite 250
Bloomfield Hills, MI 48301

Xerox Corporation
Inquiry Department
1303 Ridgeview Drive
Lewisville, TX 75057

**Attorneys for Don Ray DriveAWay, Inc., et al.**
Edwin J. Simcox
4259 South Shelby Street
Indianapolis, Indiana 46227

**Attorneys for Domestic Corporation**
Scott E. Blakeley
Blakeley & Blakeley
1000 Quail Street, #200
Newport Beach, CA 92660

**Attorneys for GMAC LLC**
Daniel E. Martyn, Jr.
Diama S. Ponce-Gomez
Danner & Martyn LLP
100 East Thousand Okas Blvd.
#244
Thousand Oaks, CA 91360

**Attorneys for Cummins, Inc., Fleetguard, Inc., et al.**
Jill L. Murch / Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

**Attorneys for Crest Chevrolet**
Franklin C. Adams
Best Best & Krieger LLP
3750 University Avenue
Suite 400
P.O. Box 1028
Riverside, CA 92502

**Attorneys for Dan Gamel, Inc.**
Brady K. McGuinness
Betts & Wright
P.O. Box 28550
Fresno, Ca 93729-8550

Wallace M Allan on behalf of Debtor In Possession
 National R.V., Inc.
O'Melveney & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-6035

Richard H Benes
716 Cordova Street
San Diego, CA 92107-4220

Israel Chavez
POB 310092
Fontana, CA 92331

Thomas S Clark on behalf of Creditor Stier's RV Centers LLC &
Venture Out RV Centers Inc
4800 Easton Dr Ste 114
Bakersfield, CA 93309

D&W Inc
941 Oak Street
Elkhart, IN 46514

Don Ray Drive-A-Way Company of California, Inc.
c/o Gary A. Plotkin, Esq.
16633 Ventura Blvd.
Suite 800
Encino, CA 91436-1836

Don Ray Drive-A-Way Company of Pennsylvania, Inc.
c/o Gary A. Plotkin, Esq.
16633 Ventura Blvd.
Suite 800
Encino, CA 91436

Don Ray Drive-A-Way Company, Inc.
c/o Gary A. Plotkin, Esq.
16633 Ventura Blvd.
Suite 800
Encino, CA 91436-1836

GE Money Bank
Attn: Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

J Cecil Gardner on behalf of Plaintiff
 Henry Caouette et al
1119 Government St
POB 3013
Mobile, Al 36652

Grubb & Ellis Company
Na

Guardian Industries Corp

Billy J Hargrove
1870 E Pomona Rd
Yakima, WA 98901-9338

Harper Realty & Development Co Inc

Intellectual Property Law Office of Joel D. Voelzke

Paul N Jacobs on behalf of Creditor Blanchford Inc
2151 Michelson Dr Ste 215
Irvine, CA 92612

- Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Knusaga Corporation
7457 Franklin Road Ste 250
Bloomfield Hills, MI 48301-3612

Tomas A Kuehn on behalf of Creditor
 Consolidated Electrical Distributors, Inc.
1880 Century Park East, 12th Flr
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**

| | |
|---|---|
| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Loyal International Inc
12202 Garvey Ave
El Monte, CA 91732

MCL Health Management Inc
Orthopedic Surgery Psychology Internal M
POB 10340
Santa Ana, CA 92711-0340

M Vance McCrary on behalf of Plaintiff Henry Caouette et al
1119 Government St
POB 3013
Mobile, Al 36652

Jeffrey Vincent McGee
PO Box 3877
Jackson, GA 30233-0078

Brady K McGuinness on behalf of Creditor Dan Gamel Inc
POB 28550
Fresno, CA 93729-8550

John A Moe on behalf of Creditor Beaudry San Marcos, Inc.,
Beaudrey R.V. Company, and Beaudry R.V. Mesa, Inc.
601 S Figueroa St Ste 3900
Los Angeles, CA 90017

Sheryl L. Moreau on behalf of Creditor
 Missouri Department of Revenue
Missouri Dept of Revenue BK Unit
301 W High St Rm 670
POB 475
Jefferson City, MO 65105-0475

Mary Elizabeth Olsen on behalf of
 Plaintiff Henry Caouette et al
1119 Government St
POB 3013
Mobile, Al 36652

Polk County Tax Collector
Office of Joe G Tedder, CFC
Tax Collector for Polk County, Florida
PO Box 2016
Bartow, FL 33831-2016

Diana S Ponce-Gomez on behalf of Creditor GMAC LLC
100 E Thousand Oaks Blvd Ste 244
Thousand Oaks, CA 91360

David B Potter on behalf of Creditor
 Venture Out RV Centers Inc
4800 Easton Drive Ste 114
Bakersfield, CA 93309-9424

Primeshares LLC

Revenue Management
One University Plaza
Ste 312
Hackensack, NJ 07601

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

San Diego's 10,000 RV
5925 Kearny Villa Rd Suite 100
San Diego, CA 92123

Lisa E Spiwak on behalf of Creditor Premier
 Laminating Services Inc
2660 Townsgate Road Suite 530
Westlake Village, CA 91361-5700

State Board Of Equalization
P O Box 942879
Sacramento, CA 94279-0055

Joel D Voelzke on behalf of Debtor
 National R.V. Holdings, Inc.
24772 Saddle Peak Road
Malibu, CA 90265-3042

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

Xroads Solutions Group, LLC
9 Executive Circle
Suite 190
Irvine, CA 92614

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9013-3.1**