Hamid R. Rafatjoo (CA Bar No. 181564)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Counsel for XRoads Solutions Group, LLC, the Liquidating
Trustee for the NRV Liquidating Trust

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation,<br><br>Debtors | Case No.: 06:07-17941-PC<br>Chapter 11<br>Jointly Administered with Case No: 6:07-17937-PC<br><br>DECLARATION OF ROBERT BARNHILL IN SUPPORT OF TWENTY-FIRST OMNIBUS OBJECTION OF THE LIQUIDATING TRUSTEE SEEKING DISALLOWANCE OF CLAIMS THAT ARE MISCLASSIFIED, WHERE THE CLAIMANTS AND THEIR CLAIM NUMBERS ARE: ACTIVE SALES, CO., INC., CLAIM NO. 937044, BOB DICKMAN TIRE CENTER - ATTN JEN TERRIEN, CLAIM NO. 941088, BULLARD II, EMORY & PEGGY, CLAIM NO. 941478, BUSH, BETTYE L., CLAIM NO. 941238, CASS HUDSON, CLAIM NO. 941173; CLARK, WILLIAM & CINDY, CLAIM NO. 937108; COMPUTER INTEGRATED MACHINE, CLAIM NO. 937029; DUANE D. SANDERS, CLAIM NO. 941487; DIGICUT SALES LLC, CLAIM NO. 941305; EDDIE RODRIGUEZ, CLAIM NO. 937196; EMPIRE OIL, CLAIM, NO. 941535; FAIR HARBOR CAPITAL, LLC; ATTN: FREDRIC GLASS [ASSIGNEE FOR CEQUENT TOWING PRODUCTS], CLAIM NO. 941357; HAMMER TOWING, CLAIM NO. 937144; JEFFREY J. & JEANNE E. JOHNSON, CLAIM NOS. 937412 AND 941615; LAY, RICHARD, CLAIM NO. 941359; LEONARD (ART) NELSON, CLAIM NO. 941121; LEWIS HOWARD, CLAIM NO. 937023; MARK E. WHALEN, CLAIM NO. 941099; MILES, F. W., CLAIM NO. 941388; NEWHOUSE RV UPHOLSTERY, CLAIM NO. 941189; OCEAN GROVE RV, CLAIM NO. 941376; RAFAEL GONZALEZ GALLARDO, CLAIM NO. 941614; RED ROCKET SALES, CLAIM NO. 937246; RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PUTNAM HITCH PRODUCTS, CLAIM NO. 941310; RIVERSIDE CLAIMS, LLC, CLAIM NO. 941366B; RIVERSIDE CLAIMS LLC, FOR REM INDUSTRIES, INC., CLAIM NO. 941626P; SERGIO R AGUAYO, CLAIM NO. 941489; SILVA, LUZ/MARIA'S TRANSLATION, CLAIM NO. 937138; |



SMITH, DIANE, CLAIM NO. 941232; STATISTICAL SURVEYS, CLAIM NO. 941326; SUSAN C. VISCONAGE, CLAIM NO. 941316; THORENSON, ROBERT F, CLAIM NO. 937146; WILLIAMS, LARRY & JOANN, CLAIM NO. 941212; YANCEY, THOMAS M. III. CLAIM NO. 937183. 941212; THOMAS M. YANCEY, III; CLAIM NO. 937183

HEARING
DATE:    October 14, 2009
TIME:    9:30 a.m.
PLACE:   U.S. Bankruptcy Court
         Courtroom 304
         3420 Twelfth Street
         Riverside, CA 92501

## DECLARATION OF ROBERT BARNHILL

I, Robert Barnhill, declare as follows: I am over 18 years of age.

1.  I am over 18 years of age. Except as otherwise indicated, if called as a witness, I could and would testify to the matters set forth herein.

2.  I submit this declaration in support of the *Twenty-First Omnibus Objection of the Liquidating Trustee Seeking Disallowance of Claims that Are Misclassified, Where Claimants and Their Claim Numbers Are: Active Sales, Co., Inc., Claim No. 937044, Bob Dickman Tire Center - Attn Jen Terrien, Claim No. 941088, Bullard Ii, Emory & Peggy, Claim No. 941478, Bush, Bettye L., Claim No. 941238, Cass Hudson, Claim No. 941173; Clark, William & Cindy, Claim No. 937108; Computer Integrated Machine, Claim No. 937029; Duane D. Sanders, Claim No. 941487; Digicut Sales Llc, Claim No. 941305; Eddie Rodriguez, Claim No. 937196; Empire Oil, Claim, No. 941535; Fair Harbor Capital, Llc; Attn: Fredric Glass [Assignee For Cequent Towing Products], Claim No. 941357; Hammer Towing, Claim No. 937144; Jeffrey J. & Jeanne E. Johnson, Claim Nos. 937412 And 941615; Lay, Richard, Claim No. 941359; Leonard (Art) Nelson, Claim No. 941121; Lewis Howard, Claim No. 937023; Mark E. Whalen, Claim No. 941099; Miles, F. W., Claim No. 941388; Newhouse Rv Upholstery, Claim No. 941189; Ocean Grove Rv, Claim No. 941376; Rafael Gonzalez Gallardo, Claim No. 941614; Red Rocket Sales, Claim No. 937246; Riverside Claims LLC As Assignee For Putnam Hitch Products, Claim No. 941310; Riverside Claims, LLC, Claim No. 941366b; Riverside Claims LLC, For Rem Industries, Inc., Claim No. 941626p; Sergio R Aguayo, Claim No. 941489; Silva, Luz/Maria's Translation, Claim No. 937138;*

*Smith, Diane, Claim No. 941232; Statistical Surveys, Claim No. 941326; Susan C. Visconage, Claim No. 941316; Thorenson, Robert F, Claim No. 937146; Williams, Larry & Joann, Claim No. 941212; Yancey, Thomas M. III. Claim No. 9371833* (the "Omnibus Objection").

3. On November 30, 2007, (the "Petition Date"), the above-referenced debtors and former debtors in possession (the "Debtors") filed voluntary petitions under Chapter 11 of the United States Code. Following the commencement of these cases, on January 14, 2008, the Debtors filed their respective Schedules of Assets and Liabilities (the "Schedules") with the Court. The Schedules, which were based on the Debtors' books and records on the Petition Date, list hundreds of claims against the Debtors. In addition, claimants have filed over 1,000 proofs of claim against the Debtors. The Schedules and the books and records of the Debtors are maintained by the Debtors in the regular course of business. The Schedules and the books and records of the Debtors related to the claims that are the subject of the Omnibus Objection were created by the Debtors' personnel and are maintained in my custody and control and subject to the direction of Jonathan Corn.

4. I was the Administrative Manager of National R.V. Holdings, Inc. ("NRVH") and National R.V., Inc. ("NRV.").

5. My background and qualifications are as follows: from September 2003 to November 2007, I was the NRV Warranty Manager. In my capacity as Warranty Manager, I was responsible for the administration of the warranty claims policy, adjustment of claims, and any related dispute resolution. Before that, I was a project manager with NRVH, involved with the implementation of our enterprise resource planning ("ERP") software, which includes accounting software. Since December of 2007, on a daily basis, I have been given and carried out many tasks requiring review of company data through analysis of shipping and receiving records and other data and invoicing of remaining finished goods. I have also been charged with the maintenance of company computer systems, and I have carried out significant tasks requiring review and analysis of the data of the Debtors[1] in order to assist the Debtors and their professionals in analyzing claims against the Debtors for various purposes. These purposes include supporting the Debtors'

---

[1] Capitalized terms that are not defined herein are defined in the Omnibus Objection.

1  professionals in their efforts to prepare a plan and disclosure statement for the Debtors and to
2  prepare objections to proofs of claim filed against the Debtors. Upon the departure of Henry Pray,
3  who was Controller for the Debtors, I effectively became the custodian of the Debtors' books and
4  records, and I manage them at the direction of Jonathan Corn, who has been President of the
5  Debtors since March of 2008 and was Vice President and General Counsel of the Debtors from
6  December 2001 to March of 2008. This allows me to review and analyze the various ERP modules
7  that include the Debtors' data, which are collectively the Debtors' "books and records."

8  6.  Following confirmation of the Debtors' First Amended Joint Plan (the "Plan") in
9  December 2008, I have remained involved in the review of the books and records as an independent
10 contractor retained by the Liquidating Trust (as defined in the Plan), and continue to be engaged in
11 the highly detailed process of reconciling the multi-millions of dollars of claims filed against the
12 Debtors' estates.

13 7.  All of the information contained in this declaration is based either upon my own
14 personal knowledge or upon books and records of the Debtors that are under my supervision and
15 control as custodian.

16 8.  Before the Petition Date, the Debtors maintained in the ordinary course of business a
17 centralized computer system, which was an integrated mechanism allowing different departments
18 to access National R.V.'s accounting application known as Syteline (the "Syteline Database").
19 Among other things, the Syteline Database tracked and verified all invoices received by the Debtors
20 in the ordinary course of business. The Syteline Database has been maintained to the present day
21 and is a reliable source for determining whether any amount is owed.

22 9.  As part of the claims reconciliation process, I have reviewed all claims subject to the
23 Omnibus Objection and searched the Syteline Database in order to determine whether each such
24 claim represents an amount due and owing.

25 10. In retrieving information from the Syteline Database, I am able to perform a search
26 based on purchase order number, invoice number, creditor or vendor name or check number by
27 which a payment was made. As such, I have been able to perform a thorough review of the
28 Debtors' books and records with respect to each of the proofs of claims subject to the Objection.

11. I have reviewed **Exhibit 1** to the Omnibus Objection, which is based on the Schedules, the proofs of claim listed on such Exhibit, the proposed treatment of those claims as described on such Exhibit, and the books and records of the Debtors. Specifically, for each of the claims set forth in **Exhibit 1**, I reviewed the Schedules as well as the Debtors' books and records, and searched the Syteline Database by purchase order number, invoice number, creditor or vendor name and, where applicable, check number by which a payment was made. Based on that review, I have ascertained that some creditors have filed claims not entitled to priority.

12. **Exhibit 1** lists certain claims against one or more of the Debtors (collectively, the "Misclassified Claims," and each, a "Misclassified Claim") that assert priority unsecured and/or secured status against the Debtors' estates. Based on my review of the Debtors' books and records, and because none of the documents submitted with the Misclassified Claims supports the claims of priority and/or secured status, the Misclassified Claims erroneously assert priority unsecured and/or secured status against the estates. Accordingly, I believe that the Misclassified Claims must be reclassified as general unsecured claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 27 day of August 2009, at Perris, California.

_____
Robert Barnhill

59911-003\DOCS_LA:206949.1

5

| In re: National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd, 11th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document described as DECLARATION OF ROBERT BARNHILL IN SUPPORT OF TWENTY-FIRST (21st) OMNIBUS OBJECTION OF THE LIQUIDATING TRUSTEE SEEKING DISALLOWANCE OF CLAIMS THAT ARE MISCLASSIFIED, WHERE THE CLAIMANTS AND THEIR CLAIM NUMBERS ARE: BOB DICKMAN TIRE CENTER, CLAIM NO. 941088; EMORY & PEGGY BULLARD, CLAIM NO. 941478; BETTYE L. BUSH, CLAIM NO. 941238, CASS HUDSON, CLAIM NO. 941173; WILLIAM & CINDY CLARK, CLAIM NO. 937108; COMPUTER INTEGRATED MACHINE, INC., CLAIM NO. 937029; DIGICUT SALES LLC, CLAIM NO. 941305; EDDIE RODRIGUEZ, CLAIM NO. 937196; EMPIRE OIL, CLAIM NO. 941535; FAIR HARBOR CAPITAL, LLC ASSIGNEE FOR CEQUENT TOWING PRODUCTS, CLAIM NO. 941357; HAMMER TOWING, CLAIM NO. 937144; JEFFERY & JEANNE JOHNSON, CLAIM NOS. 941615, 937412; RICHARD LAY, CLAIM NO. 941359; LEE W. MOSES, CLAIM NO. 941131; LEWIS HOWARD, CLAIM NO. 937033; MARK E. WHALEN CLAIM NO. 941099; F.W. MILES, CLAIM NO. 941388; NEWHOUSE RV UPHOLSTERY, CLAIM NO. 941189; OCEAN GROVE RV, CLAIM NO. 941376; RAFAEL GONZALEZ GALLARDO, CLAIM NO. 941614; RED ROCKET SALES, CLAIM NO. 937246; RIVERSIDE CLAIM LLC, CLAIM NO. 941310; SERGIO R. AGUAYO, CLAIM NO. 941489; SILVA, LUZ/MARIA'S TRANSLATION, CLAIM NO. 937138; DIANE SMITH, CLAIM NO. 941232; STATISTICAL SURVEYS, CLAIM NO. 941326; SUSAN C. VISCONAGE, CLAIM NO. 941316; ROBERT F. THORESON, CLAIM NO. 937146; LARRY & JOANN WILLIAMS, CLAIM NO. 941212; THOMAS M. YANCEY, III, CLAIM NO. 937183 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 11, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 11, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Peter H. Carroll
US Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA  92501         ☒         Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                          **F 9013-3.1**

| 9/11/2009 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| Date | Type Name | Signature |

| In re: National R.V. Holdings, Inc., etc., et al. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 06:07-17941-PC |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Christine E Baur on behalf of Interested Party Ad Hoc Committee of Equityholders
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com

Bradley D Blakeley on behalf of Creditor Dometic Corporation
bblakeley@bandblaw.com

John A Boyd on behalf of Creditor Fritts Ford
jboyd@tclaw.net

Jess R Bressi on behalf of Counter-Claimant XRoads Solutions Group, LLC, as Trustee
jbressi@luce.com

Jess R Bressi on behalf of Trustee Xroads Solutions Group, LLC
jbressi@coxcastle.com

Gillian N Brown on behalf of Trustee Xroads Solutions Group, LLC
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Laura L Buchanan on behalf of Debtor National R.V. Holdings, Inc.
lbuchanan@ktbslaw.com

Andrew W Caine on behalf of Trustee Xroads Solutions Group, LLC
acaine@pszyjw.com

Kathryn M Catherwood on behalf of Creditor La Mesa R.V. Center, Inc.
kmcatherwood@duanemorris.com

Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Marc S Cohen on behalf of Debtor National R.V. Holdings, Inc.
mcohen@kayescholer.com

Michaeline H Correa on behalf of Debtor National R.V. Holdings, Inc.
mcorrea@jonesday.com

Ashleigh A Danker on behalf of Debtor National R.V. Holdings, Inc.
adanker@kayescholer.com

Peter A Davidson on behalf of Plaintiff Henry Caouette
pdavidson@mdfslaw.com

Richard T Egger on behalf of Creditor First Industrial L.P.
richard.egger@bbklaw.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)

timothy.j.farris@usdoj.gov

| In re: National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

Skip Allen Feild on behalf of Creditor Lee Moses
feildlaw@aol.com

Fredric Glass on behalf of Creditor Fair Harbor Capital LLC
fglass@fairharborcapital.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

David Guess on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
dguess@ktbslaw.com

Anne W Hamann on behalf of Interested Party Ad Hoc Committee of Equityholders
anne.w.hamann@bakernet.com

Jon-Jamison Hill on behalf of Defendant National R.V. Holdings, Inc.
jjhill@venable.com

Brian D Huben on behalf of Creditor RACKSPACE US, Inc.
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

Dean T Kirby on behalf of Creditor Len Southwick
dkirby@kirbymac.com, gsparks@kirbymac.com;knoorigian@kirbymac.com;tfloros@kirbymac.com

Leib M Lerner on behalf of Creditor Freeman & Mills, Incorporated
leib.lerner@alston.com

Daniel A Lev on behalf of Creditor Giant RV, Inc.
dlev@sulmeyerlaw.com

Ben H Logan on behalf of Special Counsel O'Melveny & Meyers LLP
blogan@omm.com

William F McDonald on behalf of Creditor Andrea Kemp
william@mcdonaldlegalgroup.com, lisa@mcdonaldlegalgroup.com

Ali M Mojdehi on behalf of Interested Party Ad Hoc Committee of Equityholders
ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com

Randall P Mroczynski on behalf of Creditor FREIGHTLINER LLC
randym@cookseylaw.com

Jeffrey P Nolan on behalf of Interested Party Liquidating Trustee
jnolan@pszjlaw.com

Keith C Owens on behalf of Creditor Onan Inc.
kowens@foley.com

Gary A Plotkin on behalf of Creditor Don Ray Drive-A-Way Company of California, Inc.
gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com

Hamid R Rafatjoo on behalf of Attorney Official Commitee of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

| In re: National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

Cassandra J Richey on behalf of Creditor Progressive Express Insurance Company
cmartin@pprlaw.net

Martha E Romero on behalf of Creditor Riverside County Treasurer - Tax Collector Paul McDonnell
Romero@mromerolawfirm.com

Paul R Shankman on behalf of Creditor Estate of Pardington
pshankman@jhindslaw.com

Jonathon Shenson on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jshenson@ktbslaw.com

Pamela E Singer on behalf of Liquidator Michael Schwarzmann
psinger@pszjlaw.com, ksuk@pszjlaw.com

Autumn D Spaeth on behalf of Creditor Audiovox Specialized Applications, LLC
aspaeth@wgllp.com

Adam M Starr on behalf of Creditor WELLS FARGO BANK , N.A.
starra@gtlaw.com

David P Tonner on behalf of Creditor Blue Heron Micro Opportunities Fund LLP
operations@blueheroncapital.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

William Wall on behalf of Creditor Crest Chevrolet
wwall@wall-law.com

Joseph M Welch on behalf of Counter-Claimant First Industrial, L.P.
joseph.welch@bbklaw.com,
kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com

Steven Werth on behalf of Debtor National R.V. Holdings, Inc.
swerth@kayescholer.com

Andrew F Whatnall on behalf of Creditor Debt Acquisition Company of America V LLC
awhatnall@daca4.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Active Sales Co., Inc. Claim No. 941044
Attn: Kim Howard
P.O. Box 3908
Santa Fe Springs, CA 90670

Bob Dickman Tire Center, Claim No. 941088
Junction City Les Schwab Store
222 W. 1st Street
Junction City, OR 97448

Bullard, Emory & Peggy Claim No. 941478
15050 SW 167th Street
Miami, FL 33187

Bush, Bettye L. Claim No. 941238
101 Cheyenne Trail
Huntsville, AL 35806

Cass Hudson, Claim No. 941173
28117 Charlotte Avenue
Elkhart, IN 46517

Clark, William & Cindy Claim No. 937108
220 West Crest Street
Escondido, CA 92025

Computer Integrated Machine, Inc., Claim No. 937029
10960 Wheatlands Avenue, #103
Santee, CA 92071

Duane D. Sanders, Claim No. 941487
23085 Western Ridge Road
Moreno Valley, CA 92557

Digicut Sales LLC, Claim No. 941305
Attn: Jim Rodgers
7700 E. 38th Street
Tulsa, OK 74145

Eddie Rodriguez, Claim No. 937196
8542 Paloma Way
Riverside, CA 92504
Empire Oil, Claim No. 941535
2756 S. Riverside Avenue
Bloomington, CA 92316

Fair Harbor Capital, LLC, Claim No. 941357
Assignee for Cequent Towing Products

P.O. Box 672374
Detroit, MI 48267-2374
Attention: Sandra Sienko

Hammer Towing, Claim No. 937144
P.O. Box 489
Corona, CA 91720

Jeffrey & Jeanne Johnson, Claim Nos. 941615, 937412
40354 Pebble Beach Circle
Palm Desert, CA 92211

Richard Lay, Claim No. 941359
1025 Harmony Landing
Goshen, KY 40026

Leonard (Art) Nelson, Claim No. 941121
Gloria M. Nelson
2550 S. Ellsworth Road
Unite 524
Mesa, AZ 85209

Lewis Howard, Claim No. 937023
9057 Reserve Drive
Corona, CA 92883-9214

Mark E. Whalen, Claim No. 941099
1125 Via Toscana
Henderson, NV 89052

F.W. Miles, Claim No. 941388
1175 Vine Street, #207
Denver, CO 80206

Newhouse RV Upholstery, Claim No. 941189
2309 Edwards Avenue
P.O. Box 3201
So. El Monte, CA 91733

Ocean Grove RV, Claim No. 941376
6775 US 1 South
St. Augustine, FL 32086

Rafael Gonzalez Gallardo, Claim No. 941614
1983 Willowbrook Lane
Perris, CA 92571

Red Rocket Sales, Claim No. 937246
2293 Business Way
Riverside, CA 92501

Riverside Claim LLC As Assignee
For Putnam Hitch Products, Claim No. 941310
P.O. Box 626
New York, NY 10024-0540

Riverside Claims LLC as Assignee for
Bryan Truck Line, Inc., Claim No. 941366B
P.O. Box 626
New York, NY 10024-0540

Riverside Claims LLC as Assignee for
REM Industries, Inc., Claim No. 941626
P.O. Box 626
New York, NY 10024-0540

Sergio R. Aguayo, Claim No. 941489
24773 Carolyn Avenue
Moreno Valley, CA 92553

Silva, Luz/Maria's Translation, Claim No. 937138
1040 W. Santa Ana Blvd., Suite 200
Santa Ana, CA 92703

Diane Smith, Claim No. 941232
215 lake Blvd., #591
Redding, CA 96003

Statistical Surveys, Claim No. 941326
P.O. Box 88004
Grand Rapids, MI 49518

Susan C. Visconage, Claim No. 941316
W. 1818 Francis Avenue, #128
Spokane, WA 99205

Robert F. Thoreson, Claim No. 937146
9768 Trail Rider Drive
Las Vegas, NV 89117

Williams, Larry & Joann, Claim No. 941212
P.O. Box 31
2015 Nashville Hwy.
Lancing, TN 37770

Thomas M. Yancey, III, Claim No. 937183
7817 CR 401
Grandview, TX 76050

**REQUEST FOR SPECIAL NOTICE**

*Attorneys for First Industrial Realty Trust*
William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

*Attorneys for Freightliner LLC*
Randall P. Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

*Attorneys for Audiovox Specialized Appl.*
Evan D. Smiley / Autumn D. Spaeth
Weiland Golden Smiley Wang Ekvall & Strok LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626

*Attorneys for Don Ray Drive-A-Way, Inc., et al.*
Edwin J. Simcox
4259 South Shelby Street
Indianapolis, Indiana 46227

*Creditor*
Richard H. Benes
716 Cordova Street
San Diego, California 92107-4220

*Attorneys for GMAC LLC*
Daniel E. Martyn, Jr
Diana S. Ponce-Gomez
Danner & Martyn LLP
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360

*Attorneys for Don Ray Drive-A-Way, Inc., et al.*
Gary A. Plotkin
Plotkin Rapoport & Nahmias
16633 Ventura Boulevard, Suite 800
Encino, California 91436

*Attorneys for Dometic Corporation*
Scott E. Blakeley
Blakeley & Blakeley
1000 Quail Street, Suite 200
Newport Beach, California 92660

*Attorneys for Cummins, Inc., Fleetguard, Inc., et al.*
Jill L. Murch / Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764

---

*Attorneys for Cummins, Inc., Fleetguard, Inc., et al.*
Keith C. Owens
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411

*Attorneys for La Mesa R.V. Center, Inc.*
Kathryn M.S. Catherwood
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, California 92101

*Attorneys for Knusaga Corporation*
Marilyn H. Mitchell
Evans & Luptak PLC
7457 Franklin Road, Suite 250
Bloomfield Hills, Michigan 48301-3612

*Creditor*
Billy J. Hargrove
1870 East Pomona Road
Yakima, Washington 98901-9338

Xerox Corporation
Inquiry Department
1303 Ridgeview Drive
Lewisville, Texas 75057

*Attorneys for Consolidated Electrical Distributors, Inc.*
Tomas A. Kuehn
Gibbs Giden Locher Turner & Senet LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067

*Attorneys for Rackspace US, Inc.*
Thomas J. Leanse
Brian D. Huben
2029 Century Park East, Suite 2600
Los Angeles, California 90067

*Creditor*
Liquidity Solutions, Inc.
One University Plaza
Hackensack, NJ 07601

Law Offices of Joel D. Voelzke
Attn: Joel D. Voelzke, Esq.
24772 Saddle Peak Road
Malibu, CA 90265

*Attorneys for First Industrial, L.P.*
Richard T. Egger
Best Best & Krieger LLP
3500 Porsche Way, Suite 200
Ontario, California 91764

*Creditor GE Money Bank*
c/o Recovery Mngmt. Systems Corp.
Attn: Ramesh Singh
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, Florida 33131-1605

*Attorneys for The Department of Revenue*
Missouri Department of Revenue
Bankruptcy Unit
Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, Missouri 65105-0465

*Attorneys for Wells Fargo Bank*
Adam M. Starr
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404

*Attorneys for Dan Gamel, Inc.*
Brady K. McGuinness
Betts & Wright
P.O. Box 28550
Fresno, California 93729-8550

*Attorneys for Andrea Kemp*
William F. McDonald, III
The McDonald Legal Group
5752 Oberlin Drive, Suite 106
San Diego, California 92121

*Attorneys for Secured Creditor County of Riverside, California*
Martha E. Romero
Romero Law Firm
6516 Bright Avenue
Whittier, California 90601

Wells Fargo Business Credit
Attn: Charles F. Liles
400 Northridge Road, Suite 600
Atlanta GA 30350

Kibel Green, Inc.
Attn: Bruce C. Conklin, Jr.
One Park Plaza, Suite 600
Irvine, CA 92614

*Attorneys for Crest Chevrolet*
Franklin C. Adams
Best Best & Krieger LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, California 92502

*Attorneys for Stier's RV Centers, LLC and Venture Out RV Centers, Inc.*
Thomas S. Clark
Arrache Clark & Potter
4800 Easton Drive, Suite 114
Bakersfield, California 93309

*Attorneys for Ad Hoc Committee of Equityholders*-Ali Mojdehi /Christine Baur/ Janet Gertz / Joseph Dunn
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, California 92130

*Attorneys for Wells Fargo Bank*
John J. Dyer / David B. Kurzweil
Greenberg Traurig LLP
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia 30327

*Creditor*
D&W, Inc.
941 Oak Street
Elkhart, Indiana 46514

*Creditor*
Jeffrey Vincent McGee
P.O. Box 3877
Jackson, Georgia 30233-0078

*Attorney for Lee W. Moses*
Skip Allen Field, Esq.
Skip Allen Field Attorney at Law
3877 Twelfth Street, Suite 200
Riverside, CA 92501

Venable LLP
Attn: Douglas C. Emhoff, Esq.
2049 Century Park East, #2100
Los Angeles, CA 90067

BIDITUP Auctions Worldwide, Inc.
Attn: Steven Mattes
11426 Ventura Boulevard
Studio City, CA 91604

| | | |
|---|---|---|
| Harper Realty & Development Co., Inc.<br>Attn: Drew Rose<br>1420 S. Florida Avenue<br>Lakeland, FL 33803 | Grubb & Ellis Company<br>Attn: Bruce Springer<br>3880 Lemon Street, Suite 420<br>Riverside, CA 92501 | Omni Management Group, LLC<br>Attn: Brian Osborne<br>16501 Ventura Boulevard, Suite 440<br>Encino, CA 91436 |
| Heller Ehrman, LLP<br>Attn: Paul Sugarman, Esq.<br>333 Bush Street<br>San Francisco, CA 94104 | Timothy O'Connor<br>Chief Financial Officer<br>La Mesa R.V. Center Inc.<br>7430 Copley Park Place<br>San Diego, CA 92111 | Daniel R. Sovocool<br>Louis J. Cisz, III<br>Gina M. Fornario<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600 |