| In re: National R.V. Holdings, Inc., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:07-17941-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90012

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2009</u>  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __September 15, 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA FEDERAL AEXPRESS**
Honorable Peter H. Carroll
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 16, 2009 | Rolanda Mori | */s/ Rolanda Mori* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

| | |
|---|---|
| In re:  National R.V. Holdings, Inc., et al., | CHAPTER  11 |
| Debtor(s). | CASE NUMBER  6:07-17941-PC |

**REQUEST FOR SPECIAL NOTICE**

**SERVED VIA U.S. MAIL**


**COMMITTEE MEMBERS:**

Peter Kravitz on behalf of Creditor Giant RV, Inc.
9150 Benson Ave
Montclair, CA 91763

Jacob Rowan
Sales Manager/Director
R&I Industries, Inc.
1876 Taylor Place
Ontario, CA  91761

Russell Rodeghero
President
Lami Plast, Inc.
22730 Hawthorne Blvd., Suite 208
Torrance, CA  90505

Steve Ardis, Owner
the Cutting Edge Wood Tech
130 North Gilbert Street
Fullerton, CA 92833

Ron D. Belk, President
Kustom Fit Manufacturing
8990 South Atlantic Ave.
South Gate, CA  90280

David D. Piper
Keesal Young & Logan
400 Oceangate
Long Beach, Ca  90802

Greg Weber
Credit Manager
The Domestic Corp.
509 South Poplar Street
La Grange, Indiana  46761

**Attorneys for First Industrial Trust**
William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606

**Attorneys for Knusaga Corporation**
Marilyn H. Mitchell
Evans & Luptak PLC
7457 Franklin Street, Suite 250
Bloomfield Hills, MI  48301

Xerox Corporation
Inquiry Department
1303 Ridgeview Drive
Lewisville, TX  75057

**Attorneys for Don Ray DriveAWay, Inc., et al.**
Edwin J. Simcox
4259 South Shelby Street
Indianapolis, Indiana  46227

**Attorneys for Domestic Corporation**
Scott E. Blakeley
Blakeley & Blakeley
1000 Quail Street, #200
Newport Beach, CA  92660

**Attorneys for GMAC LLC**
Daniel E. Martyn, Jr.
Diama S. Ponce-Gomez
Danner & Martyn LLP
100 East Thousand Okas Blvd.
#244
Thousand Oaks, CA  91360

**Attorneys for Cummins, Inc., Fleetguard, Inc., et al.**
Jill L. Murch / Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610-4764

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

59911-003\DOCS_LA:207901.1

| In re:  National R.V. Holdings, Inc., et al., | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER  6:07-17941-PC |

**Attorneys for Crest Chevrolet**
Franklin C. Adams
Best Best & Krieger LLP
3750 University Avenue
Suite 400
P.O. Box 1028
Riverside, CA 92502

**Attorneys for Dan Gamel, Inc.**
Brady K. McGuinness
Betts & Wright
P.O. Box 28550
Fresno, Ca  93729-8550

Wallace M Allan on behalf of Debtor In Possession
   National R.V., Inc.
O'Melveney & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-6035

Richard H Benes
716 Cordova Street
San Diego, CA 92107-4220

Israel Chavez
POB 310092
Fontana, CA 92331

Thomas S Clark on behalf of Creditor Stier's RV Centers LLC &
Venture Out RV Centers Inc
4800 Easton Dr Ste 114
Bakersfield, CA 93309

D&W Inc
941 Oak Street
Elkhart, IN 46514

Don Ray Drive-A-Way Company of California, Inc.
c/o Gary A. Plotkin, Esq.
16633 Ventura Blvd.
Suite 800
Encino, CA 91436-1836

Don Ray Drive-A-Way Company of Pennsylvania, Inc.
c/o Gary A. Plotkin, Esq.
16633 Ventura Blvd.
Suite 800
Encino, CA 91436

Don Ray Drive-A-Way Company, Inc.
c/o Gary A. Plotkin, Esq.
16633 Ventura Blvd.
Suite 800
Encino, CA 91436-1836

GE Money Bank
Attn: Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

J Cecil Gardner on behalf of Plaintiff
   Henry Caouette et al
1119 Government St
POB 3013
Mobile, Al 36652

Grubb & Ellis Company
Na

Guardian Industries Corp

Billy J Hargrove
1870 E Pomona Rd
Yakima, WA 98901-9338

Harper Realty & Development Co Inc

Intellectual Property Law Office of Joel D. Voelzke

Paul N Jacobs on behalf of Creditor Blanchford Inc
2151 Michelson Dr Ste 215
Irvine, CA 92612

- Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Knusaga Corporation
7457 Franklin Road Ste 250
Bloomfield Hills, MI 48301-3612

Tomas A Kuehn on behalf of Creditor
   Consolidated Electrical Distributors, Inc.
1880 Century Park East, 12th Flr
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                        **F 9013-3.1**

59911-003\DOCS_LA:207901.1

| | |
|---|---|
| In re:  National R.V. Holdings, Inc., et al.,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  6:07-17941-PC |

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Loyal International Inc
12202 Garvey Ave
El Monte, CA 91732

MCL Health Management Inc
Orthopedic Surgery Psychology Internal M
POB 10340
Santa Ana, CA 92711-0340

M Vance McCrary on behalf of Plaintiff Henry Caouette et al
1119 Government St
POB 3013
Mobile, Al 36652

Jeffrey Vincent McGee
PO Box 3877
Jackson, GA 30233-0078

Brady K McGuinness on behalf of Creditor Dan Gamel Inc
POB 28550
Fresno, CA 93729-8550

John A Moe on behalf of Creditor Beaudry San Marcos, Inc.,
Beaudrey R.V. Company, and Beaudry R.V. Mesa, Inc.
601 S Figueroa St Ste 3900
Los Angeles, CA 90017

Sheryl L. Moreau on behalf of Creditor
  Missouri Department of Revenue
Missouri Dept of Revenue BK Unit
301 W High St Rm 670
POB 475
Jefferson City, MO 65105-0475

Mary Elizabeth Olsen on behalf of
  Plaintiff Henry Caouette et al
1119 Government St
POB 3013
Mobile, Al 36652

Polk County Tax Collector
Office of Joe G Tedder, CFC
Tax Collector for Polk County, Florida
PO Box 2016
Bartow, FL 33831-2016

Diana S Ponce-Gomez on behalf of Creditor GMAC LLC
100 E Thousand Oaks Blvd Ste 244
Thousand Oaks, CA 91360

David B Potter on behalf of Creditor
  Venture Out RV Centers Inc
4800 Easton Drive Ste 114
Bakersfield, CA 93309-9424

Primeshares LLC

Revenue Management
One University Plaza
Ste 312
Hackensack, NJ 07601

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

10,000 RV Sales, Inc.
San Diego's 10,000 RV
P.O. Box 89094
San Diego, CA 92123-2094

Lisa E Spiwak on behalf of Creditor Premier
  Laminating Services Inc
2660 Townsgate Road Suite 530
Westlake Village, CA 91361-5700

State Board Of Equalization
P O Box 942879
Sacramento, CA 94279-0055

Joel D Voelzke on behalf of Debtor
  National R.V. Holdings, Inc.
24772 Saddle Peak Road
Malibu, CA 90265-3042

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                        **F 9013-3.1**

59911-003\DOCS_LA:207901.1

| In re:  National R.V. Holdings, Inc., et al., | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER  6:07-17941-PC |

Xroads Solutions Group, LLC
9 Executive Circle
Suite 190
Irvine, CA 92614

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**