Hamid R. Rafatjoo (CA Bar No. 181564)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Counsel for XRoads Solutions Group, LLC, the Liquidating Trustee for the NRV Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:

NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation,

                Debtors

Case No.: 06:07-17941-PC
Chapter 11
Jointly Administered with Case No: 6:07-17937-PC

NOTICE OF CONTINUANCE OF HEARING DATE FOR THE TWENTY-FIRST (21st) OMNIBUS OBJECTION OF THE LIQUIDATING TRUSTEE SEEKING DISALLOWANCE OF CLAIMS THAT ARE MISCLASSIFIED, WHERE THE CLAIMANTS AND THEIR CLAIM NUMBERS ARE: ACTIVE SALES, CO., INC., CLAIM NO. 937044, BOB DICKMAN TIRE CENTER - ATTN JEN TERRIEN, CLAIM NO. 941088, BULLARD II, EMORY & PEGGY, CLAIM NO. 941478, BUSH, BETTYE L., CLAIM NO. 941238, CASS HUDSON, CLAIM NO. 941173; CLARK, WILLIAM & CINDY, CLAIM NO. 937108; COMPUTER INTEGRATED MACHINE, CLAIM NO. 937029; DUANE D. SANDERS, CLAIM NO. 941487; DIGICUT SALES LLC, CLAIM NO. 941305; EDDIE RODRIGUEZ, CLAIM NO. 937196; EMPIRE OIL, CLAIM, NO. 941535; FAIR HARBOR CAPITAL, LLC; ATTN: FREDRIC GLASS [ASSIGNEE FOR CEQUENT TOWING PRODUCTS], CLAIM NO. 941357; HAMMER TOWING, CLAIM NO. 937144; JEFFREY J. & JEANNE E. JOHNSON, CLAIM NOS. 937412 AND 941615; LAY, RICHARD, CLAIM NO. 941359; LEONARD (ART) NELSON, CLAIM NO. 941121; LEWIS HOWARD, CLAIM NO. 937023; MARK E. WHALEN, CLAIM NO. 941099; MILES, F. W., CLAIM NO. 941388; NEWHOUSE RV UPHOLSTERY, CLAIM NO. 941189; OCEAN GROVE RV, CLAIM NO. 941376; RAFAEL GONZALEZ GALLARDO, CLAIM NO. 941614; RED ROCKET SALES, CLAIM NO. 937246; RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PUTNAM HITCH PRODUCTS, CLAIM NO. 941310; RIVERSIDE CLAIMS, LLC, CLAIM NO. 941366B; RIVERSIDE CLAIMS LLC, FOR REM INDUSTRIES, INC., CLAIM NO. 941626P; SERGIO R AGUAYO, CLAIM NO. 941489;

SILVA, LUZ/MARIA'S TRANSLATION, CLAIM NO. 937138; SMITH, DIANE, CLAIM NO. 941232; STATISTICAL SURVEYS, CLAIM NO. 941326; SUSAN C. VISCONAGE, CLAIM NO. 941316; THORENSON, ROBERT F, CLAIM NO. 937146; WILLIAMS, LARRY & JOANN, CLAIM NO. 941212; YANCEY, THOMAS M. III, CLAIM NO. 937183

**OLD HEARING**
DATE:    October 14, 2009

**NEW HEARING**
DATE:    October 27, 2009
TIME:    9:30 a.m.
PLACE:   U.S. Bankruptcy Court
         Courtroom 304
         3420 Twelfth Street
         Riverside, CA 92501

**TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CLAIMANTS SUBJECT TO THE OMNIBUS OBJECTION; AND ANY PARTIES ENTITLED TO SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the hearing originally scheduled for October 14, 2009 has been continued to **October 27, 2009**, at 9:30 a.m., or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Peter Carroll on the *Twenty-First Omnibus Objection of the Liquidating Trustee Seeking Disallowance of Claims That Are Misclassified, Where the Claimants and Their Claim Numbers[1] are: Active Sales, Co., Inc., Claim No. 937044, Bob Dickman Tire Center - Attn Jen Terrien, Claim No. 941088, Bullard II, Emory & Peggy, Claim No. 941478, Bush, Bettye L., Claim No. 941238, Cass Hudson, Claim No. 941173; Clark, William & Cindy, Claim No. 937108; Computer Integrated Machine, Claim No. 937029; Duane D. Sanders, Claim No. 941487; Digicut Sales LLC, Claim No. 941305; Eddie Rodriguez, Claim No. 937196; Empire Oil, Claim, No. 941535; Fair Harbor Capital, LLC; Attn: Fredric Glass [Assignee For Cequent Towing Products], Claim No. 941357; Hammer Towing, Claim No. 937144; Jeffrey J. & Jeanne E. Johnson, Claim Nos. 937412 And 941615; Lay, Richard, Claim No. 941359; Leonard (Art) Nelson, Claim No. 941121; Lewis Howard, Claim No. 937023; Mark E. Whalen, Claim No. 941099; Miles, F. W., Claim No. 941388; Newhouse RV Upholstery, Claim No. 941189; Ocean Grove RV, Claim*

---

[1] The numbers assigned to claims are six digits, which consist of the last three numbers of the case (i.e., "937" for NRV, Inc., and "941" for NRV Holdings, Inc.) and then three digits indicating the claim number assigned by the claims agent to the claim in that case; zeros fill the spaces for claim numbers with fewer than three digits. For instance, claim no. 1 in the National RV Holdings, Inc. case is "941001."

*No. 941376; Rafael Gonzalez Gallardo, Claim No. 941614; Red Rocket Sales, Claim No. 937246; Riverside Claims LLC As Assignee For Putnam Hitch Products, Claim No. 941310; Riverside Claims, LLC, Claim No. 941366b; Riverside Claims LLC, For Rem Industries, Inc., Claim No. 941626p; Sergio R Aguayo, Claim No. 941489; Silva, Luz/Maria's Translation, Claim No. 937138; Smith, Diane, Claim No. 941232; Statistical Surveys, Claim No. 941326; Susan C. Visconage, Claim No. 941316; Thorenson, Robert F, Claim No. 937146; Williams, Larry & Joann, Claim No. 941212; Yancey, Thomas M. III, Claim No. 937183* (the "Omnibus Objection") filed by XRoads Solutions Group, LLC ("XRoads"), acting as the duly appointed liquidating trustee (the "Liquidating Trustee") for the NRV Liquidating Trust. By and through the Omnibus Objection, the Liquidating Trustee is objecting to these claims as set forth in **Exhibit 1** to the Omnibus Objection. The name of each of the claimants whose claim is subject to the Omnibus Objection is set forth in the caption above and on **Exhibit 1** to the Omnibus Objection. You should therefore carefully review **Exhibit 1** to the Omnibus Objection in order to determine whether your claim(s) may be affected thereby. [2]

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rules 3007-1 and 9013-1(a)(7) require that any opposition or other response to the Omnibus Objection must be in writing, accompanied by supporting evidence, in compliance with Local Bankruptcy Rule 9013-1; and must, no later than October 13, 2009 (14 days before hearing), be filed with the Court at the following address:

United States Bankruptcy Court
Attn: Clerk of the Court
3420 Twelfth Street
Riverside, CA 92501

<u>and</u> served on the Committee's attorneys at the following addresses:

Hamid R. Rafatjoo, Esq.
Jeffrey P. Nolan, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor

---

[2] Pursuant to the Claim Objection Protocol Order (as defined herein), the Liquidating Trustee is not required to attach the proofs of claim subject to this Omnibus Objection. However, such proofs of claim may be downloaded from www.omnimgt.com (under the tab "Cases," select "National R.V." and then, from the tabs on the left of the page, select accordingly). In the alternative, a copy of the affected proof of claim may be obtained from the Liquidating Trustee upon request and at no cost to claimant

1  Los Angeles, California 90067-4100.

2  **Letters or telephone inquiries do not satisfy the requirement for a timely written objection or**
3  **response.**[3]

4  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Establishing Procedures*
5  *for Objections to Proofs of Claim*, which was entered by the Bankruptcy Court on November 17,
6  2008 [Docket No. 951] (the "Claim Objection Protocol Order"), a claimant whose Claim is subject
7  to this Omnibus Objection must file a written response to the said objection pursuant to Local
8  Bankruptcy Rule 3007-1(b)(3)(A). The failure to timely file a response may be deemed by the Court
9  as consent, and the Court may either (1) sustain the Omnibus Objection (as it relates to your claim)
10 and grant the relief without a hearing pursuant to Local Bankruptcy Rule 3007-1(b)(6), or (2) sustain
11 the Omnibus Objection (as it relates to your claim) and grant the relief at the initial hearing on the
12 Omnibus Objection.

13 **PLEASE TAKE FURTHER NOTICE** that the Omnibus Objection may be prosecuted by
14 the Liquidating Trustee and/or any successor thereof.

15 **PLEASE TAKE FURTHER NOTICE** that without limiting the generality of the next
16 paragraph of this Notice, if the Court overrules a particular objection to any claim, any such ruling
17 shall have no res judicata effect on, and is without prejudice to, the allowance, disallowance or
18 reclassification of such claim on such other grounds as the Liquidating Trustee (or any party in
19 interest) may later assert and, in connection therewith, the Liquidating Trustee (or any party in
20 interest) may assert additional objections to such claim.

21 **PLEASE TAKE FURTHER NOTICE** that the Liquidating Trustee reserves (a) the right to
22 object to or seek disallowance or reclassification of any claim (or interest) that is subject to the
23 Omnibus Objection on any other grounds as the Liquidating Trustee or its successors may later
24 assert; (b) the right to assert any claims, demands for relief requiring an adversary proceeding
25 consistent with Rule 3007(b) and Rule 7001 the Federal Rules of Bankruptcy Procedure,
26 counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions, or any
27 other bankruptcy or non-bankruptcy claims and causes of action against the claimants whose claims

28 ---
[3] Any opposition or other response to the relief sought in the Omnibus Objection may be filed electronically.

1 are subject to the Omnibus Objection; and (c) the right to withdraw without prejudice the Omnibus

2 Objection as it applies to any claim that is subject to the Omnibus Objection prior to the hearing

3 thereon and, in case of any such withdrawal, to assert the same (or other) objections to that claim in

4 a later objection (or later objections) to that claim.

PACHULSKI STANG ZIEHL & JONES LLP

Dated: September 21, 2009    By    */s/ Jeffrey P. Nolan*
　　　　　　　　　　　　　　　　　Jeffrey P. Nolan
　　　　　　　　　　　　　　　　　Counsel for the Liquidating Trustee

| In re: National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd, 11th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **NOTICE OF TWENTY-FIRST (21st) OMNIBUS OBJECTION OF THE LIQUIDATING TRUSTEE SEEKING DISALLOWANCE OF CLAIMS THAT ARE MISCLASSIFIED, WHERE THE CLAIMANTS AND THEIR CLAIM NUMBERS ARE:** Active Sales, Co., Inc., Claim No. 937044, Bob Dickman Tire Center - Attn Jen Terrien, Claim No. 941088, Bullard II, Emory & Peggy, Claim No. 941478, Bush, Bettye L., Claim No. 941238, Cass Hudson, Claim No. 941173; Clark, William & Cindy, Claim No. 937108; Computer Integrated Machine, Claim No. 937029; Duane D. Sanders, Claim No. 941487; Digicut Sales LLC, Claim No. 941305; Eddie Rodriguez, Claim No. 937196; Empire Oil, Claim, No. 941535; Fair Harbor Capital, LLC; Attn: Fredric Glass [Assignee For Cequent Towing Products], Claim No. 941357; Hammer Towing, Claim No. 937144; Jeffrey J. & Jeanne E. Johnson, Claim Nos. 937412 And 941615; Lay, Richard, Claim No. 941359; Leonard (Art) Nelson, Claim No. 941121; Lewis Howard, Claim No. 937023; Mark E. Whalen, Claim No. 941099; Miles, F. W., Claim No. 941388; Newhouse RV Upholstery, Claim No. 941189; Ocean Grove RV, Claim No. 941376; Rafael Gonzalez Gallardo, Claim No. 941614; Red Rocket Sales, Claim No. 937246; Riverside Claims LLC As Assignee For Putnam Hitch Products, Claim No. 941310; Riverside Claims, LLC, Claim No. 941366b; Riverside Claims LLC, For Rem Industries, Inc., Claim No. 941626p; Sergio R Aguayo, Claim No. 941489; Silva, Luz/Maria's Translation, Claim No. 937138; Smith, Diane, Claim No. 941232; Statistical Surveys, Claim No. 941326; Susan C. Visconage, Claim No. 941316; Thorenson, Robert F, Claim No. 937146; Williams, Larry & Joann, Claim No. 941212; Yancey, Thomas M. III, Claim No. 937183 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 11, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **September 21, 2009**I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Peter H. Carroll
US Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501           ☒           Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                          **F 9013-3.1**

| 9/21/2009 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| Date | Type Name | Signature |

| In re: National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Christine E Baur on behalf of Interested Party Ad Hoc Committee of Equityholders
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com

Bradley D Blakeley on behalf of Creditor Dometic Corporation
bblakeley@bandblaw.com

John A Boyd on behalf of Creditor Fritts Ford
jboyd@tclaw.net

Jess R Bressi on behalf of Counter-Claimant XRoads Solutions Group, LLC, as Trustee
jbressi@luce.com

Jess R Bressi on behalf of Trustee Xroads Solutions Group, LLC
jbressi@coxcastle.com

Gillian N Brown on behalf of Trustee Xroads Solutions Group, LLC
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Laura L Buchanan on behalf of Debtor National R.V. Holdings, Inc.
lbuchanan@ktbslaw.com

Andrew W Caine on behalf of Trustee Xroads Solutions Group, LLC
acaine@pszyjw.com

Kathryn M Catherwood on behalf of Creditor La Mesa R.V. Center, Inc.
kmcatherwood@duanemorris.com

Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Marc S Cohen on behalf of Debtor National R.V. Holdings, Inc.
mcohen@kayescholer.com

Michaeline H Correa on behalf of Debtor National R.V. Holdings, Inc.
mcorrea@jonesday.com

Ashleigh A Danker on behalf of Debtor National R.V. Holdings, Inc.
adanker@kayescholer.com

Peter A Davidson on behalf of Plaintiff Henry Caouette
pdavidson@mdfslaw.com

Richard T Egger on behalf of Creditor First Industrial L.P.
richard.egger@bbklaw.com

Timothy J Farris on behalf of U.S. Trustee United States Trustee (RS)

timothy.j.farris@usdoj.gov

| In re: National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

Skip Allen Feild on behalf of Creditor Lee Moses
feildlaw@aol.com

Fredric Glass on behalf of Creditor Fair Harbor Capital LLC
fglass@fairharborcapital.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

David Guess on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
dguess@ktbslaw.com

Anne W Hamann on behalf of Interested Party Ad Hoc Committee of Equityholders
anne.w.hamann@bakernet.com

Jon-Jamison Hill on behalf of Defendant National R.V. Holdings, Inc.
jjhill@venable.com

Brian D Huben on behalf of Creditor RACKSPACE US, Inc.
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

Dean T Kirby on behalf of Creditor Len Southwick
dkirby@kirbymac.com, gsparks@kirbymac.com;knoorigian@kirbymac.com;tfloros@kirbymac.com

Leib M Lerner on behalf of Creditor Freeman & Mills, Incorporated
leib.lerner@alston.com

Daniel A Lev on behalf of Creditor Giant RV, Inc.
dlev@sulmeyerlaw.com

Ben H Logan on behalf of Special Counsel O'Melveny & Meyers LLP
blogan@omm.com

William F McDonald on behalf of Creditor Andrea Kemp
william@mcdonaldlegalgroup.com, lisa@mcdonaldlegalgroup.com

Ali M Mojdehi on behalf of Interested Party Ad Hoc Committee of Equityholders
ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com

Randall P Mroczynski on behalf of Creditor FREIGHTLINER LLC
randym@cookseylaw.com

Jeffrey P Nolan on behalf of Interested Party Liquidating Trustee
jnolan@pszjlaw.com

Keith C Owens on behalf of Creditor Onan Inc.
kowens@foley.com

Gary A Plotkin on behalf of Creditor Don Ray Drive-A-Way Company of California, Inc.
gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com

Hamid R Rafatjoo on behalf of Attorney Official Commitee of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

| In re:  National R.V. Holdings, Inc., etc., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 06:07-17941-PC |

Cassandra J Richey on behalf of Creditor Progressive Express Insurance Company
cmartin@pprlaw.net

Martha E Romero on behalf of Creditor Riverside County Treasurer - Tax Collector Paul McDonnell
Romero@mromerolawfirm.com

Paul R Shankman on behalf of Creditor Estate of Pardington
pshankman@jhindslaw.com

Jonathon Shenson on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jshenson@ktbslaw.com

Pamela E Singer on behalf of Liquidator Michael Schwarzmann
psinger@pszjlaw.com, ksuk@pszjlaw.com

Autumn D Spaeth on behalf of Creditor Audiovox Specialized Applications, LLC
aspaeth@wgllp.com

Adam M Starr on behalf of Creditor WELLS FARGO BANK , N.A.
starra@gtlaw.com

David P Tonner on behalf of Creditor Blue Heron Micro Opportunities Fund LLP
operations@blueheroncapital.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

William Wall on behalf of Creditor Crest Chevrolet
wwall@wall-law.com

Joseph M Welch on behalf of Counter-Claimant First Industrial, L.P.
joseph.welch@bbklaw.com,
kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com

Steven Werth on behalf of Debtor National R.V. Holdings, Inc.
swerth@kayescholer.com

Andrew F Whatnall on behalf of Creditor Debt Acquisition Company of America V LLC
awhatnall@daca4.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Active Sales Co., Inc. Claim No. 941044
Attn: Kim Howard
P.O. Box 3908
Santa Fe Springs, CA 90670

Bob Dickman Tire Center, Claim No. 941088
Junction City Les Schwab Store
222 W. 1st Street
Junction City, OR 97448

Bullard, Emory & Peggy Claim No. 941478
15050 SW 167th Street
Miami, FL 33187

Bush, Bettye L. Claim No. 941238
101 Cheyenne Trail
Huntsville, AL 35806

Cass Hudson, Claim No. 941173
28117 Charlotte Avenue
Elkhart, IN 46517

Clark, William & Cindy Claim No. 937108
220 West Crest Street
Escondido, CA 92025

Computer Integrated Machine, Inc., Claim No. 937029
10960 Wheatlands Avenue, #103
Santee, CA 92071

Duane D. Sanders, Claim No. 941487
23085 Western Ridge Road
Moreno Valley, CA 92557

Digicut Sales LLC, Claim No. 941305
Attn: Jim Rodgers
7700 E. 38th Street
Tulsa, OK 74145

Eddie Rodriguez, Claim No. 937196
8542 Paloma Way
Riverside, CA 92504
Empire Oil, Claim No. 941535
2756 S. Riverside Avenue
Bloomington, CA 92316

Fair Harbor Capital, LLC, Claim No. 941357
Assignee for Cequent Towing Products
P.O. Box 672374
Detroit, MI 48267-2374
Attention: Sandra Sienko

Hammer Towing, Claim No. 937144
P.O. Box 489
Corona, CA 91720

Jeffrey & Jeanne Johnson, Claim Nos. 941615, 937412
40354 Pebble Beach Circle
Palm Desert, CA 92211

Richard Lay, Claim No. 941359
1025 Harmony Landing
Goshen, KY 40026

Leonard (Art) Nelson, Claim No. 941121
Gloria M. Nelson
2550 S. Ellsworth Road
Unite 524
Mesa, AZ 85209

Lewis Howard, Claim No. 937023
9057 Reserve Drive
Corona, CA 92883-9214

Mark E. Whalen, Claim No. 941099
1125 Via Toscana
Henderson, NV 89052

F.W. Miles, Claim No. 941388
1175 Vine Street, #207
Denver, CO 80206

Newhouse RV Upholstery, Claim No. 941189
2309 Edwards Avenue
P.O. Box 3201
So. El Monte, CA 91733

Ocean Grove RV, Claim No. 941376
6775 US 1 South
St. Augustine, FL 32086

Rafael Gonzalez Gallardo, Claim No. 941614
1983 Willowbrook Lane
Perris, CA 92571

Red Rocket Sales, Claim No. 937246
2293 Business Way
Riverside, CA 92501

Riverside Claim LLC As Assignee
For Putnam Hitch Products, Claim No. 941310
P.O. Box 626
New York, NY 10024-0540

Riverside Claims LLC as Assignee for
Bryan Truck Line, Inc., Claim No. 941366B
P.O. Box 626
New York, NY 10024-0540

Riverside Claims LLC as Assignee for
REM Industries, Inc., Claim No. 941626
P.O. Box 626
New York, NY 10024-0540

Sergio R. Aguayo, Claim No. 941489
24773 Carolyn Avenue
Moreno Valley, CA 92553

Silva, Luz/Maria's Translation, Claim No. 937138
1040 W. Santa Ana Blvd., Suite 200
Santa Ana, CA 92703

Diane Smith, Claim No. 941232
215 lake Blvd., #591
Redding, CA 96003

Statistical Surveys, Claim No. 941326
P.O. Box 88004
Grand Rapids, MI 49518

Susan C. Visconage, Claim No. 941316
W. 1818 Francis Avenue, #128
Spokane, WA 99205

Robert F. Thoreson, Claim No. 937146
9768 Trail Rider Drive
Las Vegas, NV 89117

Williams, Larry & Joann, Claim No. 941212
P.O. Box 31
2015 Nashville Hwy.
Lancing, TN 37770

Thomas M. Yancey, III, Claim No. 937183
7817 CR 401
Grandview, TX 76050

**REQUEST FOR SPECIAL NOTICE**

*Attorneys for First Industrial Realty Trust*
William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

*Attorneys for Freightliner LLC*
Randall P. Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

*Attorneys for Audiovox Specialized Appl.*
Evan D. Smiley / Autumn D. Spaeth
Weiland Golden Smiley Wang Ekvall &
Strok LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626

*Attorneys for Don Ray*
*Drive-A-Way, Inc., et al.*
Edwin J. Simcox
4259 South Shelby Street
Indianapolis, Indiana 46227

*Creditor*
Richard H. Benes
716 Cordova Street
San Diego, California 92107-4220

*Attorneys for GMAC LLC*
Daniel E. Martyn, Jr
Diana S. Ponce-Gomez
Danner & Martyn LLP
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360

*Attorneys for Don Ray Drive-A-Way, Inc., et al.*
Gary A. Plotkin
Plotkin Rapoport & Nahmias
16633 Ventura Boulevard, Suite 800
Encino, California 91436

*Attorneys for Dometic Corporation*
Scott E. Blakeley
Blakeley & Blakeley
1000 Quail Street, Suite 200
Newport Beach, California 92660

*Attorneys for Cummins, Inc., Fleetguard, Inc., et al.*
Jill L. Murch / Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

*Attorneys for Cummins, Inc., Fleetguard, Inc., et al.*
Keith C. Owens
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411

*Attorneys for La Mesa R.V. Center, Inc.*
Kathryn M.S. Catherwood
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, California 92101

*Attorneys for Knusaga Corporation*
Marilyn H. Mitchell
Evans & Luptak PLC
7457 Franklin Road, Suite 250
Bloomfield Hills, Michigan 48301-3612

*Creditor*
Billy J. Hargrove
1870 East Pomona Road
Yakima, Washington 98901-9338

Xerox Corporation
Inquiry Department
1303 Ridgeview Drive
Lewisville, Texas 75057

*Attorneys for Consolidated Electrical Distributors, Inc.*
Tomas A. Kuehn
Gibbs Giden Locher Turner & Senet LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067

*Attorneys for Rackspace US, Inc.*
Thomas J. Leanse
Brian D. Huben
2029 Century Park East, Suite 2600
Los Angeles, California 90067

*Creditor*
Liquidity Solutions, Inc.
One University Plaza
Hackensack, NJ 07601

Law Offices of Joel D. Voelzke
Attn: Joel D. Voelzke, Esq.
24772 Saddle Peak Road
Malibu, CA 90265

*Attorneys for First Industrial, L.P.*
Richard T. Egger
Best Best & Krieger LLP
3500 Porsche Way, Suite 200
Ontario, California 91764

*Creditor GE Money Bank*
c/o Recovery Mngmt. Systems Corp.
Attn: Ramesh Singh
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, Florida 33131-1605

*Attorneys for The Department of Revenue*
Missouri Department of Revenue
Bankruptcy Unit
Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, Missouri 65105-0465

*Attorneys for Wells Fargo Bank*
Adam M. Starr
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404

*Attorneys for Dan Gamel, Inc.*
Brady K. McGuinness
Betts & Wright
P.O. Box 28550
Fresno, California 93729-8550

*Attorneys for Andrea Kemp*
William F. McDonald, III
The McDonald Legal Group
5752 Oberlin Drive, Suite 106
San Diego, California 92121

*Attorneys for Secured Creditor County of Riverside, California*
Martha E. Romero
Romero Law Firm
6516 Bright Avenue
Whittier, California 90601

Wells Fargo Business Credit
Attn: Charles F. Liles
400 Northridge Road, Suite 600
Atlanta GA 30350

Kibel Green, Inc.
Attn: Bruce C. Conklin, Jr.
One Park Plaza, Suite 600
Irvine, CA 92614

*Attorneys for Crest Chevrolet*
Franklin C. Adams
Best Best & Krieger LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, California 92502

*Attorneys for Stier's RV Centers, LLC and Venture Out RV Centers, Inc.*
Thomas S. Clark
Arrache Clark & Potter
4800 Easton Drive, Suite 114
Bakersfield, California 93309

*Attorneys for Ad Hoc Committee of Equityholders*-Ali Mojdehi /Christine Baur/ Janet Gertz / Joseph Dunn
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, California 92130

*Attorneys for Wells Fargo Bank*
John J. Dyer / David B. Kurzweil
Greenberg Traurig LLP
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia 30327

*Creditor*
D&W, Inc.
941 Oak Street
Elkhart, Indiana 46514

*Creditor*
Jeffrey Vincent McGee
P.O. Box 3877
Jackson, Georgia 30233-0078

*Attorney for Lee W. Moses*
Skip Allen Field, Esq.
Skip Allen Field Attorney at Law
3877 Twelfth Street, Suite 200
Riverside, CA 92501

Venable LLP
Attn: Douglas C. Emhoff, Esq.
2049 Century Park East, #2100
Los Angeles, CA 90067

BIDITUP Auctions Worldwide, Inc.
Attn: Steven Mattes
11426 Ventura Boulevard
Studio City, CA 91604

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

Harper Realty & Development Co., Inc.
Attn: Drew Rose
1420 S. Florida Avenue
Lakeland, FL 33803

Grubb & Ellis Company
Attn: Bruce Springer
3880 Lemon Street, Suite 420
Riverside, CA 92501

Omni Management Group, LLC
Attn: Brian Osborne
16501 Ventura Boulevard, Suite 440
Encino, CA 91436

Heller Ehrman, LLP
Attn: Paul Sugarman, Esq.
333 Bush Street
San Francisco, CA 94104

Timothy O'Connor
Chief Financial Officer
La Mesa R.V. Center Inc.
7430 Copley Park Place
San Diego, CA 92111

Daniel R. Sovocool
Louis J. Cisz, III
Gina M. Fornario
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600